**FILED** MHK

APR 1 0 2008   NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LOVETT AUTO & TRACTOR PARTS, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION CORP, LLC; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH U.S.A.; MANN + HUMMELL U.S.A., INC.; and ARVINMERITOR, INC.,<br><br>Defendants. | 08CV2046<br>JUDGE GETTLEMAN<br>MAGISTRATE JUDGE KEYS<br><br>CLASS ACTION COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF<br><br>DEMAND FOR JURY TRIAL |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Lovett Auto & Tractor Parts, Inc. makes the following corporate disclosure: it has no parent company and no publicly held company owns any of its stock.

DATED this 10th day of April, 2008.

_____
Stewart M. Weltman
**WELTMAN LAW FIRM**
77 W. Wacker Drive, Suite 4800
Chicago, Illinois 60601
(312) 606-8755

*Counsel for Plaintiff and the Class*

**SUSMAN GODFREY LLP**
Vineet Bhatia
1000 Louisiana, Suite 5100
Houston, TX 77002-5096

Stephen E. Morrissey
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029

**MCCULLEY MCCLUER PLLC**
Stuart H. McCluer
1109 Van Buren Avenue
Oxford, Mississippi 38655

R. Bryant McCulley
One Independent Drive, Suite 3201
Jacksonville, FL 32202

**RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC**
A. Hoyt Rowell, III
Daniel O. Myers
T. Christopher Tuck
James L. Ward, Jr.
P.O. Box 879 Mt. Pleasant, SC 29465

*Of Counsel for Plaintiff and the Class*