IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOVETT AUTO & TRACTOR PARTS, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION CORP., LLC; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; and ARVINMERITOR, INC.,<br><br>Defendants. | Case No. 08-cv-02046<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Arlander Keys |

## CHAMPION LABORATORIES, INC.'S
## LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES

Pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois, defendant Champion Laboratories, Inc., by and through its undersigned counsel, states that United Components, Inc., a privately held corporation, owns 100% of Champion Laboratories' stock. UCI Acquisition Holdings, Inc., a privately held corporation, owns 100% of United Component's stock. UCI Holdco, Inc., a privately held corporation, owns 100% of UCI Acquisition Holdings, Inc.'s stock. Carlyle Partners III, L.P., a limited partnership, holds the majority of UCI Holdco, Inc.'s stock. No publicly held corporation owns 5% or more of Champion Laboratories, Inc.'s stock.

Dated: May 7, 2008                                       Respectfully submitted,

                                    By:     /s/Nicholas J. Siciliano

Timothy B. Hardwicke
Nicholas J. Siciliano
LATHAM & WATKINS LLP
233 South Wacker Drive
Sears Tower, Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile (312) 993-9767
Email: timothy.hardwicke@lw.com
　　　　nicholas.siciliano@lw.com

Attorneys for Defendant
Champion Laboratories, Inc.


Margaret M. Zwisler
E. Marcellus Williamson
Marguerite M. Sullivan
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: margaret.zwisler@lw.com

Of Counsel for Defendant
Champion Laboratories, Inc.

## CERTIFICATE OF SERVICE

I, Nicholas J. Siciliano, hereby certify that on May 7, 2008, I electronically filed the foregoing Champion Laboratories, Inc.'s Local Rule 3.2 Notification As To Affiliates with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the individual(s) listed below:

**Stewart M. Weltman** - sweltman@weltmanlawfirm.com

and I hereby certify that I have mailed the document or paper to the following non-CM/ECF participants by First Class United States Mail:

Vineet Bhatia
Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096

Stephen E. Morrissey
Susman Godfrey LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029

Stuart H. McCluer
McCulley McCluer PLLC
1109 Van Buren Avenue
Oxford, Mississippi 38655

R. Bryant McCulley
McCulley McCluer PLLC
One Independent Drive, Suite 3201
Jacksonville, Florida 32202

A. Hoyt Rowell, III
Daniel O. Myers
T. Christopher Tuck
James L. Ward, Jr.
Richardson, Patrick, Westbrook &
  Brickman, LLC
P.O. Box 879
Mt. Pleasant, South Carolina 29465

/s/Nicholas J. Siciliano
Nicholas J. Siciliano

3