IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOVETT AUTO & TRACTOR PARTS, INC., on behalf of itself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.;<br>PUROLATOR FILTERS N.A. L.L.C.;<br>HONEYWELL INTERNATIONAL INC.;<br>WIX FILTRATION CORP., LLC;<br>CUMMINS FILTRATION, INC.;<br>THE DONALDSON COMPANY;<br>BALDWIN FILTERS INC.;<br>BOSCH U.S.A.;<br>MANN + HUMMEL U.S.A., INC.; and<br>ARVINMERITOR, INC.,<br><br>　　　　　　　Defendants. | Case No. 08-cv-02046<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Arlander Keys |

**AGREED MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

Defendant Champion Laboratories, Inc. ("Champion") hereby moves the Court, with the agreement of plaintiff Lovell Auto & Tractor Parts, Inc. ("plaintiff"), pursuant to the Federal Rules of Civil Procedure, for an order enlarging the time for Champion to respond to the complaint in this action for thirty (30) days. This motion is not intended to waive any defenses that Champion may have, including, but not limited to, the defenses of insufficiency of the service of process, improper venue, and lack of personal jurisdiction. The grounds for this motion are as follows:

1. On April 10, 2008, plaintiff filed the complaint in this action, which alleges violations of Section 1 of the Sherman Act, 15 U.S.C. § 1. Plaintiff styled the complaint as a putative class action.

2. As of the date of this motion, another plaintiff has filed a separate complaint in this District, eight plaintiffs have filed complaints in the District of Connecticut, two plaintiffs have filed complaints in the Southern District of Illinois, one plaintiff has filed in the Eastern District of Tennessee, and one plaintiff has filed in the District of New Jersey. All of these complaints also allege federal and/or state antitrust claims against Champion and are styled as putative class actions.

3. On April 11, 2008, plaintiff Lovett Auto filed a motion before the Judicial Panel on Multidistrict Litigation (the "JPML") to transfer and consolidate in this District all existing and subsequently filed antitrust actions related to the claims alleged in its complaint. On April 15, 2008, plaintiffs in five of the actions pending in the District of Connecticut filed a motion before the JPML to transfer and consolidate all existing and subsequently filed actions in the District of Connecticut. Those motions are currently pending before the Panel.

4. In light of the multiple complaints on file, the pending motions before the JPML, and the complex nature of plaintiff's allegations, Champion hereby moves, with the plaintiff's consent, to extend the time for Champion to answer or otherwise respond to the complaint in this matter for 30 days, without prejudice to Champion's right to seek additional time to answer or otherwise respond to the complaint for good cause shown.

5. Counsel for Champion conferred with counsel for plaintiff prior to filing this motion and was advised that plaintiff consents to the relief requested.

6. Champion has not previously requested an extension of time to answer or otherwise respond to the complaint.

**WHEREFORE DEFENDANT CHAMPION PRAYS:**

1. That this Honorable Court enter the attached order granting an extension of time until June 12, 2008 to answer or otherwise respond to plaintiff's complaint; and

2. That this Honorable Court grant any other relief it deems just.

Dated: May 7, 2008                                    Respectfully submitted,

                                            By:    /s/Nicholas J. Siciliano

                                                   Timothy B. Hardwicke
                                                   Nicholas J. Siciliano
                                                   LATHAM & WATKINS LLP
                                                   233 South Wacker Drive
                                                   Sears Tower, Suite 5800
                                                   Chicago, Illinois 60606
                                                   Telephone: (312) 876-7700
                                                   Facsimile (312) 993-9767
                                                   Email: timothy.hardwicke@lw.com
                                                          nicholas.siciliano@lw.com

                                                   Attorneys for Defendant
                                                   Champion Laboratories, Inc.


                                                   Margaret M. Zwisler
                                                   E. Marcellus Williamson
                                                   Marguerite M. Sullivan
                                                   LATHAM & WATKINS LLP
                                                   555 Eleventh Street, NW
                                                   Washington, DC 20004-1304
                                                   Telephone: (202) 637-2200
                                                   Facsimile: (202) 637-2201
                                                   Email: margaret.zwisler@lw.com

                                                   Of Counsel for Defendant
                                                   Champion Laboratories, Inc.

## CERTIFICATE OF SERVICE

I, Nicholas J. Siciliano, hereby certify that on May 7, 2008, I electronically filed the foregoing Agreed Motion For Extension Of Time To Respond To The Complaint with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the individual(s) listed below:

**Stewart M. Weltman** - sweltman@weltmanlawfirm.com

and I hereby certify that I have mailed the document or paper to the following non-CM/ECF participants by First Class United States Mail:

Vineet Bhatia
Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096

Stephen E. Morrissey
Susman Godfrey LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029

Stuart H. McCluer
McCulley McCluer PLLC
1109 Van Buren Avenue
Oxford, Mississippi 38655

R. Bryant McCulley
McCulley McCluer PLLC
One Independent Drive, Suite 3201
Jacksonville, Florida 32202

A. Hoyt Rowell, III
Daniel O. Myers
T. Christopher Tuck
James L. Ward, Jr.
Richardson, Patrick, Westbrook &
  Brickman, LLC
P.O. Box 879
Mt. Pleasant, South Carolina 29465

/s/Nicholas J. Siciliano
Nicholas J. Siciliano

5