IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOVETT AUTO & TRACTOR PARTS, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.;<br>PUROLATOR FILTERS N.A. L.L.C.;<br>HONEYWELL INTERNATIONAL INC.;<br>WIX FILTRATION CORP., LLC;<br>CUMMINS FILTRATION, INC.;<br>THE DONALDSON COMPANY;<br>BALDWIN FILTERS INC.;<br>BOSCH U.S.A.;<br>MANN + HUMMEL U.S.A., INC.; and<br>ARVINMERITOR, INC.,<br><br>Defendants. | Case No. 08-cv-02046<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Arlander Keys |

## NOTICE OF AGREED MOTION

**PLEASE TAKE NOTICE** that on May 13, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Robert W. Gettleman of the United States District Court for the Northern District of Illinois, in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and will then and there present the **AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**.

Dated: May 7, 2008                                     Respectfully submitted,

                                              By:   /s/Nicholas J. Siciliano

                                                    Timothy B. Hardwicke
                                                    Nicholas J. Siciliano
                                                    LATHAM & WATKINS LLP
                                                    233 South Wacker Drive
                                                    Sears Tower, Suite 5800
                                                    Chicago, Illinois 60606
                                                    Telephone: (312) 876-7700
                                                    Facsimile (312) 993-9767
                                                    Email: timothy.hardwicke@lw.com
                                                           nicholas.siciliano@lw.com

                                                    Attorneys for Defendant
                                                    Champion Laboratories, Inc.

                                                    Margaret M. Zwisler
                                                    E. Marcellus Williamson
                                                    Marguerite M. Sullivan
                                                    LATHAM & WATKINS LLP
                                                    555 Eleventh Street, NW
                                                    Washington, DC 20004-1304
                                                    Telephone:  (202) 637-2200
                                                    Facsimile:  (202) 637-2201
                                                    Email: margaret.zwisler@lw.com

                                                    Of Counsel for Defendant
                                                    Champion Laboratories, Inc.

## **CERTIFICATE OF SERVICE**

I, Nicholas J. Siciliano, hereby certify that on May 7, 2008, I electronically filed the foregoing Notice of Agreed Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the individual(s) listed below:

**Stewart M. Weltman** - sweltman@weltmanlawfirm.com

and I hereby certify that I have mailed the document or paper to the following non-CM/ECF participants by First Class United States Mail:

| | |
|---|---|
| Vineet Bhatia<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, Texas 77002-5096 | Stephen E. Morrissey<br>Susman Godfrey LLP<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, California 90067-6029 |
| Stuart H. McCluer<br>McCulley McCluer PLLC<br>1109 Van Buren Avenue<br>Oxford, Mississippi 38655 | R. Bryant McCulley<br>McCulley McCluer PLLC<br>One Independent Drive, Suite 3201<br>Jacksonville, Florida 32202 |

A. Hoyt Rowell, III
Daniel O. Myers
T. Christopher Tuck
James L. Ward, Jr.
Richardson, Patrick, Westbrook &
  Brickman, LLC
P.O. Box 879
Mt. Pleasant, South Carolina 29465

/s/Nicholas J. Siciliano
Nicholas J. Siciliano