IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOVETT AUTO & TRACTOR PARTS, INC., on behalf of itself and all others similarly situated, | ) ) ) ) | No. 08 CV 2046 |
| Plaintiff, | ) ) | Judge Gettleman |
| v. | ) ) | Magistrate Judge Keys |
| CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; CUMMINS FILTRATION, INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; and ARVINMERITOR, INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANT MANN + HUMMEL U.S.A., INC.'S
STATEMENT UNDER LOCAL RULE 3.2**

Pursuant to Local Rule 3.2, Mann + Hummel U.S.A., Inc. hereby states that it is a wholly owned subsidiary of Mann + Hummel, Inc., a Delaware Corporation, and is an indirect subsidiary of Mann + Hummel GmbH, a closely held German Corporation. No publicly held corporation owns a 10 percent or greater interest in Mann + Hummel.

Respectfully Submitted,

\_\_/s/ Brendan J. Healey_____
Attorney for Mann + Hummel U.S.A., Inc.

Brendan J. Healey          Alan Kanzer
Mandell Menkes LLC         Alston & Bird LLP
333 West Wacker Drive, Suite 300   90 Park Ave.
Chicago, Illinois 60606    New York, New York 10016
(312) 251-1000             (212) 210-9480

**CERTIFICATE OF SERVICE**

      This is to certify that I have served a true and correct copy of the foregoing *Defendant Mann + Hummel U.S.A., Inc.'s Statement Under Local Rule 3.2* on:

| | |
|---|---|
| Stewart M. Weltman | Vineet Bhatia |
| Weltman Law Firm | Susman Godfrey LLP |
| 77 West Wacker Drive, Suite 4800 | 1000 Louisiana, Suite 5100 |
| Chicago, Illinois 60601 | Houston, Texas 77002-5096 |
| Attorney for Plaintiff | Attorney for Plaintiff |
| Via ECF | Via First Class mail, postage prepaid and properly addressed and placed in the mail chute at 333 West Wacker Drive, Chicago, Illinois 60606 |

Nicholas J. Siciliano
Timothy Bunker Harwicke
Latham & Watkins LLP
233 South Wacker Drive
5800 Sears Tower
Chicago, Illinois 60606
Attorneys for Defendant Champion
Laboratories, Inc.
Via ECF


as set forth above this 9th day of May, 2008.

                                                ___/s/ Brendan J. Healey_____
                                                Brendan J. Healey