**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LOVETT AUTO & TRACTOR PARTS, INC., on behalf of itself and all others similarly situated, | ) ) ) | No. 08 CV 2046 |
| | ) | |
| Plaintiff, | ) | Judge Gettleman |
| | ) | |
| v. | ) | Magistrate Judge Keys |
| | ) | |
| CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; CUMMINS FILTRATION, INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; and ARVINMERITOR, INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION OF EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Mann + Hummel U.S.A., Inc. hereby stipulates that it shall have until Thursday, June 12, 2008, to answer or otherwise plead in response to Plaintiff's Complaint. This is the first extension Mann + Hummel has requested, and this Stipulation is filed in advance of the May 13 response date. Plaintiff consents to this extension.

STIPULATED TO BY:
/s/ Brendan J. Healey
Brendan J. Healey
Mandell Menkes LLC
333 West Wacker Drive, Ste. 300
Chicago, IL 60606
Tel: (312) 251-1000

Alan Kanzer
Alston & Bird LLP
90 Park Ave.
New York, New York 10016
Tel: (212) 210-9480
*Counsel for Defendant Mann + Hummel U.S.A., Inc.*                    Dated: May 9, 2008

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a true and correct copy of the foregoing *Stipulation of Extension of Time to Answer or Otherwise Plead* on:

| | |
|---|---|
| Stewart M. Weltman<br>Weltman Law Firm<br>77 West Wacker Drive, Suite 4800<br>Chicago, Illinois 60601<br>Attorney for Plaintiff<br>Via ECF | Vineet Bhatia<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, Texas 77002-5096<br>Attorney for Plaintiff<br>Via First Class mail, postage prepaid and properly addressed and placed in the mail chute at 333 West Wacker Drive, Chicago, Illinois 60606 |

Nicholas J. Siciliano
Timothy Bunker Harwicke
Latham & Watkins LLP
233 South Wacker Drive
5800 Sears Tower
Chicago, Illinois 60606
Attorneys for Defendant Champion Laboratories, Inc.
Via ECF

as set forth above this 9th day of May, 2008.

            ___/s/ Brendan J. Healey_____
            Brendan J. Healey