IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Lovett Auto & Tractor Parts, Inc. | ) | |
| | ) | FILED |
| Plaintiff, | ) | |
| | ) 08CV2046 | May 8, 2008 |
| v. | ) | MICHAEL W. DOBBINS |
| | ) | CLERK, U.S. DISTRICT COURT |
| Champion Laboratories, Inc. *et. al.* | ) | |
| | ) | |
| Defendant. | ) | |

## CORPORATE DISCLOSURE

Pursuant to Local Rule 3.2, the undersigned counsel for Defendant ArvinMeritor, Inc. in the above-captioned action states that ArvinMeritor, Inc. has no parent corporation, and no publicly owned company owns 5% or more of its stock.

Dated: May 8, 2008

Respectfully submitted,

*/s/ Martin J. Dubowsky*
Martin J. Dubowsky

Martin J. Dubowsky, Ltd.
2235 N. Orchard Street
Chicago, IL  60614
ARDC #0683329
Atty No. 71217
773/975-9000
773/975-9009 – fax
mjd@martdu.com

Counsel for Defendant
ArvinMeritor, Inc.

## CERTIFICATE OF SERVICE

I, Chris Wood, hereby certify that I caused the foregoing to be served this 8th day of May, 2008 by U.S. mail, postage prepaid, upon the following:

Briggs, John DeQ.
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: (202) 783-0800
Fax: (202) 318-8594
E-mail: briggsj@howrey.com
*Counsel for Wix Filtration Corp., LLC*

Hassi, Edward
O'MELVENY & MYERS LLP
Time Square Tower
7 Times Square
New York, NY 10036
Phone: (212) 326-4318
Fax: (212) 326-2061
E-mail: ehassi@omm.com
*Counsel for Honeywell International, Inc.*

Kanzer, Alan
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 210-9480
Fax: (212) 210-9444
E-mail: akanzer@alston.com
*Counsel for Mann + Hummel U.S.A., Inc.*

McKeown, James T.
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Phone: (414) 297-5530
Fax: (414) 297-4900
E-mail: jmckeown@foley.com
*Counsel for The Donaldson Co.*

Murphy, Jerome A.
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20262

Phone: (202) 624-2500
Fax: (202) 628-5116
E-mail: jmurphy@crowell.com
*Counsel for Bosch U.S.A. and Purolator Filters N.A., LLC*

Paskin, Michael A.
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 8th Avenue
New York, NY 10019
Phone: (212) 474-1760
Fax: (212) 474-3700
E-mail: mpaskin@cravath.com
*Counsel for Cummins Filtration, Inc.* *

Prescott, Darrell
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, NY 10036
Phone: (212) 626-4476
Fax: (212) 310-1600
Email: darrell.prescott@bakernet.com
*Counsel for Baldwin Filters, Inc*

Zwisler, Margaret M.
LATHAM & WATKINS LLP
555 Eleventh Street, N.W.
Suite 1000
Washington, DC 20004
Phone: (202) 637-2200
Fax: (202) 637-2201
E-mail: margaret.zwisler@lw.com
*Counsel for Champion Laboratories, Inc. and United Components, Inc.*

Bhatia, Vineet
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Phone: (713) 651-9366
Fax: (713) 654-6666
*Counsel for Lovett Auto & Tractor Parts, Inc.*

Morrissey, Stephen E.
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029

Phone: (310) 789-3100
Fax: (310) 789-3150
*Counsel for Lovett Auto & Tractor Parts, Inc.*

McCluer, Stuart H.
MCCULLEY MCCLUER PLLC
1109 Van Buren Avenue
Oxford, MI 38655
Phone: (662) 236-1401
Fax: (662) 236-1974
E-mail: smccluer@mcculleymccluer.com
*Counsel for Lovett Auto & Tractor Parts, Inc.*

McCulley, R. Bryant
MCCULLEY MCCLUER PLLC
One Independent Drive, Suite 3201
Jacksonville, FL 32202
Phone: (904) 482-4073
Fax: (904) 354-4813
*Counsel for Lovett Auto & Tractor Parts, Inc.*

Weltman, Stewart M.
WELTMAN LAW FIRM
77 W. Wacker Drive, Suite 4800
Chicago, IL 60601
Phone: (312) 606-8756
*Counsel for Lovett Auto & Tractor Parts, Inc.*

Rowell, III, A. Hoyt
Myers, Daniel O.
Tuck, T. Christopher
Ward, Jr., James L.
RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC
P.O. Box 879
Mt. Pleasant, SC 29465
Phone: (843) 727-6682
Fax: (843) 216-6509
*Counsel for Lovett Auto & Tractor Parts, Inc.*

Chris Wood

Dated: May 8, 2008