# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                    Case Number: 1:08-CV-02046

Lovett Auto & Tractor Parts, Inc.,

Plaintiff

v.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ArvinMeritor, Inc.

FILED
MAY 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **NAME** (Type or print) | MARTIN J. DUBOWSKY |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | s/ M. J. D. |
| **FIRM** | MARTIN J. DUBOWSKY |
| **STREET ADDRESS** | 2235 N. Orchard Street |
| **CITY/STATE/ZIP** | Chicago, IL 60614 |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) | 71217/ARDC 0683329 |
| **TELEPHONE NUMBER** | 773/975-9000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☒ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐