**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>Lovett Auto & Tractor Parts, Inc. v. Champion Laboratories, Inc., et al. | Case Number: 08-cv-2046 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Purolators Filters N.A. L.L.C. and Robert Bosch LLC

| |
|---|
| NAME (Type or print)<br>Sanya Sarich |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *[signature]* |
| FIRM<br>Crowell & Moring LLP |
| STREET ADDRESS<br>1001 Pennsylvania Avenue, NW |
| CITY/STATE/ZIP<br>Washington, DC 20004 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6279683 | TELEPHONE NUMBER<br>(202) 624-2500 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐