UNITED STATES DISTRICT COURT
FOR THE NORTHERN OF ILLINOIS
(Eastern Division)

| | |
|---|---|
| LOVETT AUTO & TRACTOR PARTS, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION CORP., LLC; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH U.S.A.; MANN + HUMMELL U.S.A., INC.; and ARVINMERITOR INC.,<br><br>Defendants. | Case No. 08-cv-2046<br><br>(Judge Robert W. Gettleman)<br><br>(Magistrate Judge Arlander Keys) |

**DEFENDANTS PUROLATER FILTERS N.A. L.L.C.'S AND ROBERT BOSCH LLC'S STATEMENT UNDER LOCAL RULE 3.2**

Pursuant to Local Rule 3.2, Defendants Purolator Filters N.A. L.L.C. and Robert Bosch LLC[1] (together, "Defendants") certify the following information about their corporate parent companies:

---

[1] Plaintiffs named "Bosch U.S.A." as a defendant in this action, but delivered the Summons and Complaint for Bosch U.S.A. to Robert Bosch LLC. Undersigned counsel is unaware of any entity named "Bosch U.S.A.," and represents Robert Bosch LLC for purposes of this Motion.

Defendant Purolater Filters N.A. L.L.C. is owned by two parent companies, Robert Bosch LLC and Mann + Hummel Inc. Each parent owns 50% of the stock of Purolater Filters N.A. L.L.C.

Robert Bosch LLC has two "members," or parents: Robert Bosch North America Corporation and Robert Bosch Zweite Vermoegensverwaltungsgesellschaftmb H.

Dated: May 12, 2008

Respectfully submitted,

/s/ Sanya Sarich

Sanya Sárich (Bar No. 6279683)
Daniel Sasse
Jerome A. Murphy
John L. Cuddihy
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel:   (202) 624-2500
Fax:   (202) 628-5116

*Attorney for Defendants*
*Purolator Filters N.A. L.L.C.*
*& Robert Bosch LLC*

## CERTIFICATE OF SERVICE

I, Sanya Sarich, hereby certify that, on May 12, 2008, I electronically filed the foregoing Defendants Purolater Filters N.A. L.L.C.'s and Robert Bosch LLC's Statement under Local Rule 3.2 using the Court's CM/ECF System, and mailed copies of the same to the following attorneys who are not registered with the CM/ECF System:

>Vineet Bhatia, Esq.
>Susman Godfrey LLP
>1000 Louisiana, Suite 5100
>Houston, Texas 77002-5096
>
>Stephen E. Morrissey
>Susman Godfrey LLP
>1901 Avenue of the Stars, Suite 950
>Los Angeles, California 90067-6029
>
>Stuart H. McCluer
>McCulley McCluer PLLC
>1109 Van Buren Avenue
>Oxford, Mississippi 38655
>
>R. Bryant McCulley
>McCulley McCluer PLLC
>One Independent Drive, Suite 3201
>Jacksonville, Florida  32202
>
>A. Hoyt Rowell, III
>Daniel O. Myers
>T. Christopher Tuck
>James L. Ward, Jr.
>Richardson, Patrick, Westbrook & Brickman, LLC
>P.O. Box 879
>Mt. Pleasant, South Carolina 29465

_____
Sanya Sarich

5563076