UNITED STATES DISTRICT COURT
FOR THE NORTHERN OF ILLINOIS
(Eastern Division)

| | |
|---|---|
| LOVETT AUTO & TRACTOR PARTS, INC., on behalf of itself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION CORP., LLC; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH U.S.A.; MANN + HUMMELL U.S.A., INC.; and ARVINMERITOR INC.,<br><br>Defendants. | Case No. 1:08-cv-2046<br><br>(Judge Robert W. Gettleman)<br><br>(Magistrate Judge Arlander Keys) |

## NOTICE OF AGREED MOTION FOR ENLARGEMENT OF TIME

**PLEASE TAKE NOTICE** that on Thursday, May 22, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Robert W. Gettleman of the United States District Court for the Northern District of Illinois, in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and will then and there present **DEFENDANTS' PUROLATER FILTERS N.A. L.L.C.'S AND ROBERT BOSCH LLC'S AGREED MOTION**

FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT.

Dated: May 12, 2008

Respectfully submitted,

_____
Sanya Sarich (Bar No. 6279683)
Daniel Sasse
Jerome A. Murphy
John L. Cuddihy
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel:   (202) 624-2500
Fax:   (202) 628-5116

*Attorney for Defendants*
*Purolator Filters N.A. L.L.C.*
*& Robert Bosch LLC*

## **CERTIFICATE OF SERVICE**

I, Sanya Sarich, hereby certify that, on May 12, 2008, I electronically filed the foregoing Defendants Purolater Filters N.A. L.L.C.'s and Robert Bosch LLC's Notice of Agreed Motion for Enlargement of Time using the Court's CM/ECF System, and mailed copies of the same to the following attorneys who are not registered with the CM/ECF System:

Vineet Bhatia, Esq.
Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096

Stephen E. Morrissey
Susman Godfrey LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029

Stuart H. McCluer
McCulley McCluer PLLC
1109 Van Buren Avenue
Oxford, Mississippi 38655

R. Bryant McCulley
McCulley McCluer PLLC
One Independent Drive, Suite 3201
Jacksonville, Florida 32202

A. Hoyt Rowell, III
Daniel O. Myers
T. Christopher Tuck
James L. Ward, Jr.
Richardson, Patrick, Westbrook & Brickman, LLC
P.O. Box 879
Mt. Pleasant, South Carolina 29465

_____
Sanya Sarich

5563076