IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Lovett Auto & Tractor Parts, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 08CV2046 |
| ) | |
| Champion Laboratories, Inc. et. al., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF MOTION**

FILED
MAY 8 2008
May 8 2008
Judge Robert W. Gettleman
United States District Court

TO:  See attached Service List

On May 15, 2008, at 9:15 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Gettleman, or any judge sitting in his stead, in courtroom 1703, 219 S. Dearborn, Chicago, Illinois, and there and then present an AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD, a copy of which is attached hereto.

/s/ Martin J. Dubowsky
Martin J. Dubowsky
Counsel for Defendant ArvinMeritor, Inc.

Martin J. Dubowsky Ltd.
2235 N. Orchard Street
Chicago, IL 60614
ARDC #0683329
Atty. No. 71217
773/975-9000
773/975-9009 – fax
mjd@martdu.com

## CERTIFICATE OF SERVICE

I, Chris Wood, hereby certify that I caused the foregoing to be served this 8th day of May, 2008 by U.S. mail, postage prepaid, upon the following:

Briggs, John DeQ.
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: (202) 783-0800
Fax: (202) 318-8594
E-mail: briggsj@howrey.com
*Counsel for Wix Filtration Corp., LLC*

Hassi, Edward
O'MELVENY & MYERS LLP
Time Square Tower
7 Times Square
New York, NY 10036
Phone: (212) 326-4318
Fax: (212) 326-2061
E-mail: ehassi@omm.com
*Counsel for Honeywell International, Inc.*

Kanzer, Alan
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 210-9480
Fax: (212) 210-9444
E-mail: akanzer@alston.com
*Counsel for Mann + Hummel U.S.A., Inc.*

McKeown, James T.
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Phone: (414) 297-5530
Fax: (414) 297-4900
E-mail: jmckeown@foley.com
*Counsel for The Donaldson Co.*

Murphy, Jerome A.
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20262

DSMDB-2436679

Phone: (202) 624-2500
Fax: (202) 628-5116
E-mail: jmurphy@crowell.com
*Counsel for Bosch U.S.A. and Purolator Filters N.A., LLC*

Paskin, Michael A.
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 8th Avenue
New York, NY 10019
Phone: (212) 474-1760
Fax: (212) 474-3700
E-mail: mpaskin@cravath.com
*Counsel for Cummins Filtration, Inc.* \*

Prescott, Darrell
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, NY 10036
Phone: (212) 626-4476
Fax: (212) 310-1600
Email: darrell.prescott@bakernet.com
*Counsel for Baldwin Filters, Inc*

Zwisler, Margaret M.
LATHAM & WATKINS LLP
555 Eleventh Street, N.W.
Suite 1000
Washington, DC 20004
Phone: (202) 637-2200
Fax: (202) 637-2201
E-mail: margaret.zwisler@lw.com
*Counsel for Champion Laboratories, Inc. and United Components, Inc.*

Bhatia, Vineet
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Phone: (713) 651-9366
Fax: (713) 654-6666
*Counsel for Lovett Auto & Tractor Parts, Inc.*

Morrissey, Stephen E.
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029

Phone: (310) 789-3100
Fax: (310) 789-3150
*Counsel for Lovett Auto & Tractor Parts, Inc.*

McCluer, Stuart H.
MCCULLEY MCCLUER PLLC
1109 Van Buren Avenue
Oxford, MI 38655
Phone: (662) 236-1401
Fax: (662) 236-1974
E-mail: smccluer@mcculleymccluer.com
*Counsel for Lovett Auto & Tractor Parts, Inc.*

McCulley, R. Bryant
MCCULLEY MCCLUER PLLC
One Independent Drive, Suite 3201
Jacksonville, FL 32202
Phone: (904) 482-4073
Fax: (904) 354-4813
*Counsel for Lovett Auto & Tractor Parts, Inc.*

Weltman, Stewart M.
WELTMAN LAW FIRM
77 W. Wacker Drive, Suite 4800
Chicago, IL 60601
Phone: (312) 606-8756
*Counsel for Lovett Auto & Tractor Parts, Inc.*

Rowell, III, A. Hoyt
Myers, Daniel O.
Tuck, T. Christopher
Ward, Jr., James L.
RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC
P.O. Box 879
Mt. Pleasant, SC 29465
Phone: (843) 727-6682
Fax: (843) 216-6509
*Counsel for Lovett Auto & Tractor Parts, Inc.*

_____
Chris Wood

Dated: May 8, 2008