**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08-CV-2046 |
|---|---|
| LOVETT AUTO & TRACTOR PARTS, INC. -vs- CHAMPION LABORATORIES, INC., et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Donaldson Company, Inc.

| NAME (Type or print) |
|---|
| Amy P. Purcell |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Amy P. Purcell |
| FIRM |
| FOLEY & LARDNER LLP |
| STREET ADDRESS |
| 321 North Clark Street, Suite 2800 |
| CITY/STATE/ZIP |
| Chicago, IL 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6280898 | 312.832.4500 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐