UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| LOVETT AUTO & TRACTOR PARTS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 08-CV-2046 |
| vs. | ) ) ) | Judge Robert W. Gettleman<br>Magistrate Judge Arlander Keys |
| CHAMPION LABORATORIES, INC., *et al.*, | ) ) | |
| Defendants | ) | |

**AGREED MOTION FOR EXTENSION OF**
**TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Donaldson Company, Inc. respectfully requests a 30-day extension to

and including June 12, 2008, within which to file its Answer in the above-captioned case.

Counsel for Plaintiff Lovett Auto & Tractor Parts, Inc. has consented to this requested extension.

Defendant has not filed any other motions for extension of time in which to file its Answer in

this proceeding.

Dated:  May 13, 2008

                                        Respectfully submitted,

                                        DONALDSON COMPANY, INC.

                        By:     s/s Amy P. Purcell_____
                                        One of its Attorneys

                                        FOLEY & LARDNER LLP
                                        321 North Clark Street
                                        Suite 2800
                                        Chicago IL 60610-4764
                                        (312) 832-5114
                                        (312) 832-4700 (fax)

                                        Counsel for Defendant
                                        Donaldson Company, Inc.

MILW_6744897.1