UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOVETT AUTO & TRACTOR PARTS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHAMPION LABORATORIES, INC., *et al.*, ) <br> ) <br> Defendants ) | Case No. 08-CV-2046 <br><br> Judge Robert W. Gettleman <br> Magistrate Judge Arlander Keys |

## NOTICE OF AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

To: Counsel of Record

**PLEASE TAKE NOTICE** that on Thursday, May 22, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert W. Gettleman at the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Courtroom 1703, Chicago, Illinois and shall then and there present the **Agreed Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is attached and hereby served upon you.

Dated: May 13, 2008

Respectfully submitted,

DONALDSON COMPANY, INC.

By:  s/s Amy P. Purcell_____
One of its Attorneys

Counsel for Defendant
Donaldson Company, Inc.
FOLEY & LARDNER LLP
321 North Clark Street
Suite 2800
Chicago IL 60610-4764
(312) 832-5114
(312) 832-4700 (fax)

CHIC_2948479.1

## CERTIFICATE OF SERVICE

I, Amy P. Purcell, an attorney, hereby certify that on May 13, 2008, a copy of the above **Notice** and **Agreed Motion for Extension of Time to Answer or Otherwise Plead** was sent by First Class U.S. Mail, postage prepaid, to the following:

**Stewart M. Weltman**
Weltman Law Firm
77 West Wacker Drive 4800
Chicago, IL 60601
(312) 606-8755

**Vineet Bhatia**
Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
(713) 651-9366

**Steven Morrissey**
Susman Godfrey LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
(310) 789-3100

**Stuart H. McCluer**
McCulley McCluer PLLC
1109 Van Buren Avenue
Oxford, MI 38655
(662) 236-1401

**Bryant R. McCulley**
McCulley McCluer PLLC
One Independent Drive, Suite 3201
Jacksonville, FL 32202
(904) 482-4073

**A. Hoyt Rowell, III   Daniel O. Myers**
**T. Christopher Tuck   James L. Ward, Jr.**
Richardson, Patrick, Westbrook & Brickman, LLC
P.O. Box 879
Mt. Pleasant, SC 29465
*Counsel for Plaintiff Lovett Auto & Tractor Parts, Inc.*

**Nicholas J. Siciliano**
Latham & Watkins LLP (IL)

2

233 South Wacker Drive
5800 Sears Tower
Chicago, IL 60606
(312) 777-7021
*Counsel for Champion Laboratories, Inc.*

**Sanya Sarich**
Crowell & Moring
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 624-2500
*Counsel for Bosch USA and Puralator Filters NA LLC*

**Brendan J. Healey**
Mandell Menkes LLC
333 West Wacker Drive
Suite 300
Chicago, IL 60606
(312) 251-1000
*Counsel for Mann + Hummel USA, Inc.*

**Edward Hassi**
O'Melveny and Myers LLP
Time Square Tower
7 Times Square
New York, NY 10036
(212) 326-4318
*Counsel for Honeywell International, Inc.*

**John DeQ. Briggs**
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 783-0800
*Counsel for Wix Filtration Corp., LLC*

**Michael A. Paskin**
Cravath Swaine and Moore LLP
Worldwide Plaza
825 8th Avenue
New York, NY 10019
*Counsel for Cummins Filtration, Inc.*

**Darrell Prescott**
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY 10036

(212) 626-4476
*Counsel for Baldwin Filters, Inc.*

**Martin J. Dubowsky**
Martin J. Dubowsky, Ltd.
2239 N. Orchard Street
Chicago, IL 60614
(773) 975-9000
*Counsel for Arvinmeritor, Inc.*

By:_____/s/ Amy P. Purcell

4