IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Lovett Auto & Tractor Parts, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Champion Laboratories, Inc. *et al.*, <br><br> Defendants. | Case No. 08-CV-2046 <br><br> Judge Robert W. Gettleman <br> Magistrate Judge Arlander Keys |

## Corporate Disclosure

Pursuant to Local Rule 3.2, the undersigned counsel for Defendant Honeywell International Inc. in the above-captioned action hereby certifies that (1) Honeywell International Inc. ("Honeywell") has no parent corporation and is a publicly traded corporation; and (2) the following entities own 5% or more of the outstanding stock of Honeywell: (a) State Street Bank & Trust Company; (b) FMR LLC; and (c) Barclays Global Investors, NA.

Dated: May 16, 2008

Respectfully submitted,

/s/ Abby F. Rudzin
Abby F. Rudzin
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Facsimile: (212) 326-2061

Counsel for Defendant Honeywell International Inc.

NY1:1738551.1