IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Lovett Auto & Tractor Parts, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Champion Laboratories, Inc. *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 08-CV-2046<br><br>Judge Robert W. Gettleman<br>Magistrate Judge Arlander Keys |

**NOTICE OF AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

TO:   Attached Service List

PLEASE TAKE NOTICE that on May 27, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, counsel for the undersigned defendant shall appear before the Honorable Robert W. Gettleman, at the United States District Court for the Northern District of Illinois, Eastern District, 219 S. Dearborn Street, Chicago, Illinois, Courtroom 1703, and shall there and then present an AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD, a copy of which is attached hereto.

Dated:  May 16, 2008

/s/ *Abby F. Rudzin*
Abby F. Rudzin
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Facsimile: (212) 326-2061

Counsel for Defendant Honeywell International Inc.

NY1:1738540.1

## CERTIFICATE OF SERVICE

I, Gerald A. Stein, hereby certify that I caused the foregoing: (1) Notice of Appearance; (2) Notice of Agreed Motion for Extension of Time to Answer or otherwise Plead; (3) Agreed Motion for Extension of Time to Answer or Otherwise Plead; and (4) Corporate Disclosure to be served this 16th day of May, 2008 by U.S. mail, postage prepaid, upon the following:

Briggs, John DeQ.
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: (202) 783-0800
Fax: (202) 318-8594
E-mail: briggsj@howrey.com
*Counsel for Wix Filtration Corp., LLC*

Kanzer, Alan
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 210-9480
Fax: (212) 210-9444
E-mail: akanzer@alston.com
*Counsel for Mann + Hummel U.S.A., Inc.*

McKeown, James T.
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Phone: (414) 297-5530
Fax: (414) 297-4900
E-mail: jmckeown@foley.com
*Counsel for The Donaldson Co.*

Murphy, Jerome A.
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20262
Phone: (202) 624-2500
Fax: (202) 628-5116
E-mail: jmurphy@crowell.com
*Counsel for Bosch U.S.A. and Purolator Filters N.A., LLC*

Paskin, Michael A.
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 8th Avenue
New York, NY 10019
Phone: (212) 474-1760
Fax: (212) 474-3700
E-mail: mpaskin@cravath.com
*Counsel for Cummins Filtration, Inc.**

Prescott, Darrell
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, NY 10036
Phone: (212) 626-4476
Fax: (212) 310-1600
E-mail: darrell.prescott@bakernet.com
*Counsel for Baldwin Filters, Inc.*

Zwisler, Margaret M.
LATHAM & WATKINS LLP
555 Eleventh Street, N.W.
Suite 1000
Washington, DC 20004
Phone: (202) 637-2200
Fax: (202) 637-2201
E-mail: margaret.zwisler@lw.com
*Counsel for Champion Laboratories, Inc. and United Components, Inc.*

Bhatia, Vineet
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Phone: (713) 651-9366
Fax: (713) 654-6666
*Counsel for Lovett Auto & Tractor Parts, Inc.*

NY1:1738555.1

Morrissey, Stephen E.
SUSAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150
*Counsel for Lovett Auto & Tractor Parts, Inc.*

McCluer, Stuart H.
MCCULLEY MCCLUER PLLC
1109 Van Buren Avenue
Oxford, MI 38655
Phone: (662) 236-1401
Fax: (662) 236-1974
E-mail: smccluer@mcculleymccluer.com
*Counsel for Lovett Auto & Tractor Parts, Inc.*

McCulley, R. Bryant
MCCULLEY MCCLUER PLLC
One Independent Drive, Suite 3201
Jacksonville, FL 32202
Phone: (904) 482-4073
Fax: (904) 354-4813
*Counsel for Lovett Auto & Tractor Parts, Inc.*

Weltman, Stewart M.
WELTMAN LAW FIRM
77 W. Wacker Drive, Suite 4800
Chicago, IL 60601
Phone: (312) 606-8756
*Counsel for Lovett Auto & Tractor Parts, Inc.*

Rowell, III, A. Hoyt
Myers, Daniel O.
Tuck, T. Christopher
Ward, Jr., James L.
RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC
P.O. Box 879
Mt. Pleasant, SC 29465
Phone: (843) 727-6682
Fax: (843) 216-6509
*Counsel for Lovett Auto & Tractor Parts, Inc.*

/s/ Gerald A. Stein
Gerald A. Stein

Dated: May 16, 2008

NY1:1738555.1