IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Lovett Auto & Tractor Parts, Inc., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Champion Laboratories, Inc. *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 08-CV-2046 <br><br> Judge Robert W. Gettleman <br> Magistrate Judge Arlander Keys |

**AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant Honeywell International Inc. respectfully requests a 30-day extension, to and including June 12, 2008, within which to file its Answer in the above-captioned case. Counsel for Plaintiff Lovett Auto & Tractor Parts, Inc. has consented to this requested extension. Defendant has not filed any other motions for extension of time in which to file its Answer in this proceeding.

Dated: May 16, 2008

Respectfully submitted,

/s/ Abby F. Rudzin
Abby F. Rudzin
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Facsimile: (212) 326-2061

Counsel for Defendant Honeywell International Inc.

NY1:1738545.1