AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LOVETT AUTO & TRACTOR PARTS, INC., on behalf of itself and all others similarly situated,
V.

CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION CORP, LLC; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH U.S.A.; MANN + HUMMELL U.S.A., INC.; and ARVINMERITOR, INC.,

CASE NUMBER: 08CV2046

ASSIGNED JUDGE: JUDGE ROBERT GETTLEMAN

DESIGNATED MAGISTRATE JUDGE: JUDGE ARLANDER KEYS

TO: (Name and address of Defendant)

Arvinmeritor, Inc.
c/o CT Corporation System
208 S. LaSalle St., Ste. 814
Chicago, IL 60604

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S

Stewart M. Weltman
**WELTMAN LAW FIRM**
77 W. Wacker Drive, Suite 4800
Chicago, Illinois 60601
(312) 606-8755

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

APR 2 1 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/23/08 |
| NAME OF SERVER *(PRINT)* Mark Skrzydlak | TITLE Illinois Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: CT Corporation Corporation, Registered Agent - by leaving documents with Dawn Schwarz, Process Specialist at 208 S. LaSalle Street, #814, Chicago, IL 60604

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    4/28/08        *[signature]*
              Date                     *Signature of Server*

P.O. Box 861057, Los Angeles, Ca 90086
(800) 994-5454      [SUSGO6854.aml]

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.