AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LOVETT AUTO & TRACTOR PARTS,
INC., on behalf of itself and all others
similarly situated,
V.

CHAMPION LABORATORIES, INC.;
PUROLATOR FILTERS N.A. L.L.C.;
HONEYWELL INTERNATIONAL INC.;
WIX FILTRATION CORP, LLC;
CUMMINS FILTRATION, INC.; THE
DONALDSON COMPANY; BALDWIN
FILTERS, INC.; BOSCH U.S.A.; MANN +
HUMMELL U.S.A., INC.; and
ARVINMERITOR, INC.,

CASE NUMBER:      08CV2046

ASSIGNED JUDGE:  JUDGE ROBERT GETTLEMAN

DESIGNATED
MAGISTRATE JUDGE:  JUDGE ARLANDER KEYS

TO: (Name and address of Defendant)

Purolator Filters N.A. LLC
c/o Corporation Service Company
2711 Centerville Road, Ste. 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S

Stewart M. Weltman
**WELTMAN LAW FIRM**
77 W. Wacker Drive, Suite 4800
Chicago, Illinois 6060 1
(3 12) 606-8755

an answer to the complaint which is herewith served upon you,
within                                          20              days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

MICHAEL W. DOBBINS, CLERK

APR 2 1 2008

(By) DEPUTY CLERK                                                            DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>4/23/08 |
| NAME OF SERVER *(PRINT)*<br>Kevin S. Dunn | TITLE<br>Delaware Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:  Corporation Service Company, Registered Agent - by leaving documents with Mary Drummond, Process Agent at 2711 Centerville Road, #400, Wilmington, DE 19808

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/28/08
                  Date

*Signature of Server*

P.O. Box 861057, Los Angeles, Ca 90086
(800) 994-5454     [SUSGO6857.aml]

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.