IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOVETT AUTO & TRACTOR PARTS, INC., individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION CORP. LLC; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH U.S.A.; MANN + HUMMELL U.S.A., INC.; and ARVINMERITOR, INC., <br><br> Defendants. <br><br>This Document Relates To: <br><br> *Neptune Warehouse Distributors, Inc. v. Champion Laboratories, Inc. et al*, Case No. 1:08-cv-2317 <br><br> *S.A.E. Warehouse, Inc. v. Champion Laboratories, Inc. et al*, Case No. 1:08-cv-2804 <br><br> *Pawnee/S.A.E. Warehouse, Inc. v. Champion Laboratories, Inc. et al*, Case No. 1:08-cv-2806 <br><br> *Hovis Auto Supply, Inc. v. Robert Bosch, LLC*, et al., Case No. 1:08-cv-2903 | CIVIL ACTION NO. 1:08-cv-2046 <br><br><br> **NOTICE OF MOTION** |

     PLEASE TAKE NOTICE that, on Tuesday, June 3, 2008 at 9:15 a.m., or at a time otherwise specified by the Court, Plaintiffs Neptune Warehouse Distributors, Inc., S.A.E. Warehouse, Inc., Pawnee/S.A.E. Warehouse, Inc., and Hovis Auto Supply, Inc., by and through their undersigned counsel, shall appear before the Honorable Robert W. Gettleman, or any judge sitting in his stead, in Courtroom 1703 of the United States

District Court for the Northern District of Illinois, Northern Division, 219 South Dearborn Street, Chicago, Illinois and then and there present the accompanying Motion for Finding of Relatedness and Reassignment of Cases Pursuant to Local Rule 40.4, a copy of which is filed herewith.

Dated:  May 22, 2008                              By:      /s/ Michael J. Freed
                                                                   Michael J. Freed (ARDC No. 0869120)
                                                                    Steven A. Kanner (ARDC No. 3125292)
                                                                   William H. London (ARDC No. 6196353)
                                                                   Douglas A. Millen (ARDC No. 6226978)
                                                                   **FREED KANNER LONDON & MILLEN LLC**
                                                                   2201 Waukegan Road, Suite 130
                                                                   Bannockburn, IL  60015
                                                                   Telephone: (224) 632-4500
                                                                   Facsimile:  (224) 632-4521
                                                                   Email:  mfreed@fklmlaw.com
                                                                   skanner@fklmlaw.com
                                                                   wlondon@fklmlaw.com
                                                                   dmillen@fklmlaw.com

                                                                   *Counsel for Plaintiffs Neptune Warehouse Distributors, Inc., S.A.E. Warehouse, Inc., and Pawnee/S.A.E. Warehouse, Inc.*


                                                                   Guido Saveri
                                                                   R. Alexander Saveri
                                                                   Cadio Zirpoli
                                                                   **SAVERI & SAVERI, INC.**
                                                                   111 Pine Street, Suite 1700
                                                                   San Francisco, CA  94111
                                                                   Telephone:  (415) 217-6810

Robert J. Bonsignore
Robin E. Brewer
**BONSIGNORE & BREWER**
23 Forest Street
Medford, MA 02155
Telephone: (781) 391-9400

*Counsel for Plaintiff Neptune Warehouse Distributors, Inc.*


W. Joseph Bruckner
Heidi M. Silton
Anna M. Horning Nygren
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

Jayne Goldstein
**MAGER & GOLDSTEIN LLP**
1640 Town Center Circle, Suite 216
Weston, FL 33326
Telephone: (954) 515-0123

Lee Albert
**MAGER & GOLDSTEIN LLP**
1818 Market Street, Suite 3710
Philadelphia, PA 19103
Telephone: (215) 640-3280

Dennis J. Stewart
**HULETT, HARPER, STEWART, LLP**
550 West C Street, Suite 1600
San Diego, CA 92101
Telephone: (619) 338-1133

*Counsel for Plaintiffs S.A.E. Warehouse, Inc. and Pawnee/S.A.E. Warehouse, Inc.*

Steven A. Hart (ARDC No. 6211008)
**SEGAL McCAMBRIDGE SINGER &
MAHONEY, LTD.**
233 South Wacker Drive
Sears Tower-Suite 5500
Chicago, IL  60606
Telephone:  (312) 645-7800

Bruce L. Simon
**PEARSON, SIMON, SOTER,
WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:  (415) 433-9000

*Counsel for Plaintiff Hovis Auto
Supply, Inc.*

4

## CERTIFICATE OF SERVICE

      I hereby certify that, on May 22, 2008, I caused to be served the foregoing Notice of Motion and accompanying Motion to Reassign Case Pursuant to Local Rule 40.4, which was accomplished pursuant to the CM/ECF procedures as to all Filing Users.

      /s/ Robert J. Wozniak
Robert J. Wozniak
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521