IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOVETT AUTO & TRACTOR PARTS, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION CORP., LLC; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; and ARVINMERITOR, INC.,<br><br>Defendants. | Case No. 08-cv-02046<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Arlander Keys |

**WIX FILTRATION CORP., LLC'S
LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES**

Pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois, defendant Wix Filtration Corp., LLC, by and through its undersigned counsel, states that it is a wholly-owned subsidiary of Affinia Group Inc., which, in turn, is a wholly-owned subsidiary of Affinia Group Intermediate Holdings Inc., which, in turn, is a wholly-owned subsidiary of Affinia Group Holdings Inc., a privately held company.

        Respectfully submitted,


        /s/  Stephen D. Libowsky
        Stephen D. Libowsky (#6187081)
        HOWREY LLP
        321 North Clark Street – Suite 3400
        Chicago, Illinois 60610-4717
        (312) 595-1239

        John DeQ. Briggs
        James G. Kress
        HOWREY LLP
        1299 Pennsylvania Avenue NW
        Washington, DC 20004-2402
        (202) 783-0800

        Attorneys for Defendant
        Wix Filtration Corp., LLC

Dated:  May 23, 2008

## CERTIFICATE OF SERVICE

I, Stephen D. Libowsky, hereby certify that on May 23, 2008, I electronically filed Wix Filtration Corp., LLC's, Local Rule 3.2 Notification As To Affiliates with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the individual(s) listed below:

Stewart M. Weltman – sweltman@weltmanlawfirm.com
Timothy B. Hardwicke – timothy.hardwicke@lw.com
Nicholas J. Siciliano – nicholas.siciliano@lw.com
Sanya Sarich – ssarich@crowell.com
Abby F. Rudzin – arudzin@omm.com
Amy P. Purcell – apurcell@foley.com
Brendan J. Healey – bhealey@mandellmenkes.com

and I hereby certify that I have mailed the document or paper to the following non-CM/ECF participants by First Class United States Mail:

Vineet Bhatia
Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, TX 77002-5096

Stuart H. McCluer
McCulley McCluer PLLC
1109 Van Buren Avenue
Oxford, MS 38655

A. Hoyt Rowell, III
Daniel O. Myers
T. Christopher Tuck
James L. Ward, Jr.
Richardson, Patrick, Westbrook &
  Brickman, LLC
PO Box 879
Mt. Pleasant, SC 29465

Stephen E. Morrissey
Susman Godfrey LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029

R. Bryant McCulley
McCulley McCluer PLLC
One Independent Drive, Suite 3201
Jacksonville, FL 32202

Martin J. Dubowsky
Martin J. Dubowsky, Ltd.
2239 North Orchard Street
Chicago, IL 60614

/s/  Stephen D. Libowsky
Stephen D. Libowsky