IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOVETT AUTO & TRACTOR PARTS, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION CORP., LLC; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; and ARVINMERITOR, INC.,<br><br>    Defendants. | Case No.  08-cv-02046<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Arlander Keys |

**WIX FILTRATION CORP., LLC'S
AGREED MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Wix Filtration Corp., LLC, hereby moves for an enlargement of time until and through June 23, 2008, to answer or otherwise respond to the Complaint filed by plaintiff Lovett Auto & Tractor Parts, Inc. ("Plaintiff").[1]  Plaintiff has agreed to the relief sought in this motion. In support of this agreed-upon motion, Defendant states as follows:

---

[1] This motion is not intended to waive any defenses that Defendants may have to Plaintiff's Complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure or otherwise.

DM_US:21241159_1

1. On or about April 10, 2008, Plaintiff filed the complaint in this action, which alleges violations of Section 1 of the Sherman Act, 15 U.S.C. § 1. Plaintiff styled the action as a putative class action.

2. As of the date of this motion, another plaintiff has filed a complaint in this District, at least eight plaintiffs have filed separate complaints in the United States District Court for the District of Connecticut, two plaintiffs have filed complaints in the United States District Court for the Southern District of Illinois, one plaintiff has filed a complaint in the United States District Court for the Eastern District of Tennessee, and one plaintiff has filed an action in the United States District Court for the District of New Jersey. Each of these complaints alleges federal or state antitrust actions, or both, as against Wix and are styled as putative class actions.

3. On or about April 11, 2008, Plaintiff filed a motion before the Judicial Panel on Multidistrict Litigation ("the MDL Panel") to transfer and consolidate in this District all existing and subsequently filed antitrust actions related to the claims alleged in its complaint. On April 15, 2008, plaintiffs in five of the actions pending in the United States District Court for the District of Connecticut filed a motion before the MDL Panel to transfer and consolidate all existing and subsequently filed actions in the District of Connecticut. Those motions are currently pending before the MDL Panel.

4. In light of the multiple complaints on file in various jurisdictions, the several motions pending before the MDL Panel, and the complex nature of Plaintiff's allegations, Defendant hereby moves, with plaintiff's consent, to enlarge its time to answer or otherwise respond to this complaint for 30 days.

5. Counsel for defendant Champion Laboratories, Inc., conferred with counsel for Plaintiff on or about May 6, 2008, and was advised that Plaintiff consented to the 30-day enlargement.

WHEREFORE, Defendant Wix Filtration Corp., LLC, respectfully moves for an Order enlarging their time to answer or otherwise respond to Plaintiff's complaint for 30 additional days.

Respectfully submitted,

/s/ Stephen D. Libowsky
Stephen D. Libowsky (#6187081)
HOWREY LLP
321 North Clark Street – Suite 3400
Chicago, Illinois 60610-4717
(312) 595-1239

John DeQ. Briggs
James G. Kress
HOWREY LLP
1299 Pennsylvania Avenue NW
Washington, DC 20004-2402
(202) 783-0800

Attorneys for Defendant
Wix Filtration Corp., LLC

Dated: May 23, 2008

## CERTIFICATE OF SERVICE

I, Stephen D. Libowsky, hereby certify that on May 23, 2008, I electronically filed Wix Filtration Corp., LLC's, Local Rule 3.2 Notification As To Affiliates with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the individual(s) listed below:

Stewart M. Weltman – sweltman@weltmanlawfirm.com
Timothy B. Hardwicke – timothy.hardwicke@lw.com
Nicholas J. Siciliano – nicholas.siciliano@lw.com
Sanya Sarich – ssarich@crowell.com
Abby F. Rudzin – arudzin@omm.com
Amy P. Purcell – apurcell@foley.com
Brendan J. Healey – bhealey@mandellmenkes.com

and I hereby certify that I have mailed the document or paper to the following non-CM/ECF participants by First Class United States Mail:

Vineet Bhatia
Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, TX 77002-5096

Stuart H. McCluer
McCulley McCluer PLLC
1109 Van Buren Avenue
Oxford, MS 38655

A. Hoyt Rowell, III
Daniel O. Myers
T. Christopher Tuck
James L. Ward, Jr.
Richardson, Patrick, Westbrook &
 Brickman, LLC
PO Box 879
Mt. Pleasant, SC 29465

Stephen E. Morrissey
Susman Godfrey LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029

R. Bryant McCulley
McCulley McCluer PLLC
One Independent Drive, Suite 3201
Jacksonville, FL 32202

Martin J. Dubowsky
Martin J. Dubowsky, Ltd.
2239 North Orchard Street
Chicago, IL 60614

/s/ Stephen D. Libowsky
Stephen D. Libowsky