# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LOVETT AUTO & TRACTOR PARTS, INC., on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION CORP., LLC; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; and ARVINMERITOR, INC.,<br><br>        Defendants. | Case No. 08-cv-02046<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Arlander Keys |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, May 29, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert W. Gettleman or before any other judge who may be sitting in Courtroom 1703 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and present Wix Filtration Corp., LLC's Agreed Motion for Enlargement of Time to Respond to Plaintiff's Complaint, a copy of which is attached and served upon you.

Respectfully submitted,

/s/  Stephen D. Libowsky
Stephen D. Libowsky (#6187081)
HOWREY LLP
321 North Clark Street – Suite 3400
Chicago, Illinois 60610-4717
(312) 595-1239

John DeQ. Briggs
James G. Kress
HOWREY LLP
1299 Pennsylvania Avenue NW
Washington, DC 20004-2402
(202) 783-0800

Attorneys for Defendant
Wix Filtration Corp., LLC

Dated:  May 23, 2008

## CERTIFICATE OF SERVICE

I, Stephen D. Libowsky, hereby certify that on May 23, 2008, I electronically filed Wix Filtration Corp., LLC's Agreed Motion for Enlargement of Time to Respond to Plaintiff's Complaint with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the individual(s) listed below:

Stewart M. Weltman – sweltman@weltmanlawfirm.com
Timothy B. Hardwicke – timothy.hardwicke@lw.com
Nicholas J. Siciliano – nicholas.siciliano@lw.com
Sanya Sarich – ssarich@crowell.com
Abby F. Rudzin – arudzin@omm.com
Amy P. Purcell – apurcell@foley.com
Brendan J. Healey – bhealey@mandellmenkes.com

and I hereby certify that I have mailed the document or paper to the following non-CM/ECF participants by First Class United States Mail:

Vineet Bhatia
Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, TX 77002-5096

Stuart H. McCluer
McCulley McCluer PLLC
1109 Van Buren Avenue
Oxford, MS 38655

A. Hoyt Rowell, III
Daniel O. Myers
T. Christopher Tuck
James L. Ward, Jr.
Richardson, Patrick, Westbrook &
  Brickman, LLC
PO Box 879
Mt. Pleasant, SC 29465

Stephen E. Morrissey
Susman Godfrey LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029

R. Bryant McCulley
McCulley McCluer PLLC
One Independent Drive, Suite 3201
Jacksonville, FL 32202

Martin J. Dubowsky
Martin J. Dubowsky, Ltd.
2239 North Orchard Street
Chicago, IL 60614

/s/  Stephen D. Libowsky
Stephen D. Libowsky