IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOVETT AUTO & TRACTOR PARTS, INC., on behalf of itself and all others similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC. and ARVINMERITOR, INC.,, <br><br> Defendants. | No. 08-CV-02046 <br><br> Judge Robert W. Gettleman <br><br> Magistrate Judge Arlander Keys |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, June 3, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert W. Gettleman or before any judge who may be sitting in Courtroom 1703 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and present Baldwin Filters, Inc. Agreed Motion for Enlargement of Time to Respond to Plaintiff's Complaint, a copy of which is attached and served upon you.

Dated: May 28, 2008　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ PATRICK J. AHERN
　　　　　　　　　　　　　　　　　　　　　　Patrick J. Ahern, # 6187380
　　　　　　　　　　　　　　　　　　　　　　BAKER & MCKENZIE LLP
　　　　　　　　　　　　　　　　　　　　　　One Prudential Plaza, Suite 3500
　　　　　　　　　　　　　　　　　　　　　　130 East Randolph Drive
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL  60601
　　　　　　　　　　　　　　　　　　　　　　(312) 861-8000
　　　　　　　　　　　　　　　　　　　　　　patrick.j.ahern@bakernet.com

　　　　　　　　　　　　　　　　　　　　　　Darrell Prescott
　　　　　　　　　　　　　　　　　　　　　　BAKER & MCKENZIE LLP
　　　　　　　　　　　　　　　　　　　　　　1114 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　　　　(212) 626-4476
　　　　　　　　　　　　　　　　　　　　　　(212) 310-1637
　　　　　　　　　　　　　　　　　　　　　　darrell.prescott@bakernet.com

　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant,
　　　　　　　　　　　　　　　　　　　　　　Baldwin Filters, Inc.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 28, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by e-mail to the following by operation of the CM/ECF electronic filing system:

    Stewart M. Weltman – sweltman@weltmanlawfirm.com
    Timothy B. Hardwicke – timothy.hardwicke@lw.com
    Nicholas J. Siciliano – Nicolas.siciliano@lw.com
    Sanya Sarich – ssarich@crowell.com
    Abby F. Rudzin – arudzin@omm.com
    Amy P. Purcell – apurcell@foley.com
    Brendan J. Healey – bhealey@mandellmenkes.com

and I hereby certify that I have mailed the document or paper to the following non-CM/ECF participants by First Class United States Mail:

Vineet Bhatia
Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, TX 77002-5096

Stuart H. McCluer
McCulley McCluer PLLC
1109 Van Buren Avenue
Oxford, MS 38655

A. Hoyt Rowell III
Daniel O. Myers
T. Christopher Tuck
James L. Ward, Jr.
Richardson, Patrick, Westbrook &
Brickman, LLC
PO Box 879
Mt. Pleasant, SC 29465

Stephen E. Morrissey
Susman Godfrey LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029

R. Bryant McCulley
McCulley McCluer PLLC
One Independent Drive, Suite 3201
Jacksonville, FL 32202

Martin J. Dubowsky
Martin J. Dubowsky, Ltd.
2239 North Orchard Street
Chicago, IL 60614

        Respectfully submitted,

        BY  /s/ PATRICK J. AHERN
            Patrick J. Ahern
            BAKER & MCKENZIE LLP
            One Prudential Plaza, Suite 3500
            130 East Randolph Drive

Chicago, IL  60601
(312) 861-3735 (phone)
(312) 861-2899 (fax)
patrick.j.ahern@bakernet.com