IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LOVETT AUTO & TRACTOR PARTS, INC., on behalf of itself and all others similarly situated,, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 08-CV-02046 |
| CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC. and ARVINMERITOR, INC.,, | ) ) ) ) ) ) ) ) ) ) | Judge Robert W. Gettleman

Magistrate Judge Arlander Keys |
| Defendants. | ) ) | |

**BALDWIN FILTERS, INC.'S**
**LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES**

Pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois, defendant Baldwin Filters, Inc., by and through its undersigned counsel, states that it is a wholly-owned subsidiary of CLARCOR Inc., a public company whose securities are traded on the New York Stock Exchange.

Dated: May 28, 2008                                  Respectfully submitted,


/s/ PATRICK J. AHERN
Patrick J. Ahern, # 6187380
BAKER & MCKENZIE LLP
One Prudential Plaza, Suite 3500
130 East Randolph Drive
Chicago, IL  60601
(312) 861-8000
patrick.j.ahern@bakernet.com

Darrell Prescott
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 626-4476
(212) 310-1637
darrell.prescott@bakernet.com

Counsel for Defendant,
Baldwin Filters, Inc.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 28, 2008, I electronically filed the foregoing **Baldwin Filters, Inc.'s Local Rule 3.2 Notification as to Affiliates** with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by e-mail to the following by operation of the CM/ECF electronic filing system:

  Stewart M. Weltman – sweltman@weltmanlawfirm.com
  Timothy B. Hardwicke – timothy.hardwicke@lw.com
  Nicholas J. Siciliano – Nicolas.siciliano@lw.com
  Sanya Sarich – ssarich@crowell.com
  Abby F. Rudzin – arudzin@omm.com
  Amy P. Purcell – apurcell@foley.com
  Brendan J. Healey – bhealey@mandellmenkes.com

and I hereby certify that I have mailed the document or paper to the following non-CM/ECF participants by First Class United States Mail:

Vineet Bhatia
Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, TX 77002-5096

Stuart H. McCluer
McCulley McCluer PLLC
1109 Van Buren Avenue
Oxford, MS 38655

A. Hoyt Rowell III
Daniel O. Myers
T. Christopher Tuck
James L. Ward, Jr.
Richardson, Patrick, Westbrook &
Brickman, LLC
PO Box 879
Mt. Pleasant, SC 29465

Stephen E. Morrissey
Susman Godfrey LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029

R. Bryant McCulley
McCulley McCluer PLLC
One Independent Drive, Suite 3201
Jacksonville, FL 32202

Martin J. Dubowsky
Martin J. Dubowsky, Ltd.
2239 North Orchard Street
Chicago, IL 60614

        Respectfully submitted,

       BY  /s/ PATRICK J. AHERN
        Patrick J. Ahern
        BAKER & MCKENZIE LLP
        One Prudential Plaza, Suite 3500
        130 East Randolph Drive

Chicago, IL 60601
(312) 861-3735 (phone)
(312) 861-2899 (fax)
patrick.j.ahern@bakernet.com