UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOVETT AUTO & TRACTOR PARTS, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION CORP, LLC, CUMMINS FILTRATION INC., DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., and ARVINMERITOR, INC.,<br><br>    Defendants. | Case No.: 08–CV–2046<br><br>Judge Robert W. Gettleman<br>Magistrate Judge Arlander Keys |

**DEFENDANTS' MOTION TO STAY
ALL PRETRIAL PROCEEDINGS
PENDING THE MULTIDISTRICT LITIGATION
MOTION TO CONSOLIDATE AND TRANSFER**

Defendants,[1] through their attorneys, hereby move this Court to enter an Order staying all pretrial proceedings until the Judicial Panel on Multidistrict Litigation decides the two pending motions to consolidate and transfer this action. In support of this motion, Defendants incorporate by reference and rely on a separately filed Memorandum of Law In Support of Defendants' Motion to Stay Pretrial Proceedings and Declaration of

---

[1] Defendants are Champion Laboratories, Inc., Purolator Filters N.A. L.L.C., Honeywell International Inc., Wix Filtration Corp LLC, Cummins Filtration Inc., Donaldson Company, Inc., Baldwin Filters Inc., Robert Bosch LLC (incorrectly named by Plaintiffs as Bosch U.S.A.), Mann + Hummel U.S.A., Inc., and ArvinMeritor, Inc. For purposes of this motion only, all Defendants consent to the undersigned counsel signing this pleading on their behalf.

Patrick M. Collins.  As set forth in the accompanying Memorandum of Law, such a stay is necessary to promote judicial economy, to avoid prejudice to Defendants, and would not prejudice Plaintiffs.

WHEREFORE, for the reasons stated in the Memorandum of Law In Support of Defendants' Motion to Stay Pretrial Proceedings, Defendants respectfully request that this Court stay all pretrial proceedings until the Judicial Panel on Multidistrict Litigation decides the two pending motions to consolidate and transfer this action.

Dated:  May 30, 2008                                         Respectfully submitted,

/s/ Patrick M. Collins

Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006-4001
Telephone:  202-383-5300
rparker@omm.com

Edward Hassi
Gerald A. Stein
O'MELVENY & MYERS LLP
7 Times Square
New York, NY  10036
Telephone:  212-326-2000
ehassi@omm.com
gstein@omm.com

Patrick M. Collins
PERKINS COIE LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603
312-324-8558  direct
312-324-9558  facsimile
pcollins@perkinscoie.com

*Counsel for Honeywell International Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 30th day of May 2008, a copy of the foregoing Defendants' Motion to Stay All Proceedings Pending Motion to Consolidate and Transfer was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Patrick M. Collins