# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOVETT AUTO & TRACTOR PARTS, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION CORP, LLC, CUMMINS FILTRATION INC., DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., and ARVINMERITOR, INC.,<br><br>Defendants. | Case No.: 08–CV–2046<br><br>Judge Robert W. Gettleman<br>Magistrate Judge Arlander Keys |

## NOTICE OF MOTION

TO:   Counsel of Record

　　　PLEASE TAKE NOTICE that on Wednesday, June 4, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Robert Gettleman, or any judge sitting in his stead, in Room 1703 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the **DEFENDANTS' MOTION TO STAY ALL PRETRIAL PROCEEDINGS PENDING THE MULTIDISTRICT LITIGATION MOTION TO CONSOLIDATE AND TRANSFER**, a copy of which is being served upon you.

/LEGAL14329711.1

Dated: May 30, 2008                           Respectfully submitted,

/s/ Patrick M. Collins
Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: 202-383-5300
rparker@omm.com

Edward Hassi
Gerald A. Stein
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: 212-326-2000
ehassi@omm.com
gstein@omm.com

Patrick M. Collins
PERKINS COIE LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603
312-324-8558 direct
312-324-9558 facsimile
pcollins@perkinscoie.com

*Counsel for Honeywell International Inc.*

/LEGAL14329711.1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 30th day of May 2008, a copy of the foregoing Notice of Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Patrick M. Collins