UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Lovett Auto & Tractor Parts, Inc., et al.
                                    Plaintiff,

v.                                  Case No.: 1:08−cv−02046
                                    Honorable Robert W. Gettleman

Champion Laboratories, Inc., et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 2, 2008:

MINUTE entry before the Honorable Robert W. Gettleman: Defendant Wix Filtration motion for extension of time of 30 days [44] to respond to plaintiff's complaint is granted. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.