# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LOVETT AUTO & TRACTOR PARTS, INC., individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION CORP. LLC; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH U.S.A.; MANN + HUMMELL U.S.A., INC.; and ARVINMERITOR, INC., <br><br> Defendants. <br><br> This Document Relates To: <br><br> *Mark Moynihan v. Champion Laboratories, Inc. et al*, Case No. 1:08-cv-3165 | CIVIL ACTION NO. 1:08-cv-2046 <br><br><br><br><br> **NOTICE OF MOTION** |

TO:   All Counsel Listed In The Certificate of Service, Via ECF

PLEASE TAKE NOTICE that, on Thursday, June 12, 2008 at 9:15 a.m., or at a time otherwise specified by the Court, Plaintiff Mark Moynihan, by and through his undersigned counsel, shall appear before the Honorable Robert W. Gettleman, or any judge sitting in his stead, in Courtroom 1703 of the United States District Court for the Northern District of Illinois, Northern Division, 219 South Dearborn Street, Chicago, Illinois and then and there present the accompanying **Motion for Finding of Relatedness and Reassignment of Cases Pursuant to Local Rule 40.4**, a copy of which is filed herewith.

Dated:  June 6, 2008

Respectfully submitted,

**Mark Moynihan,
Class Plaintiff**,

By: ____/s/ Paul M. Weiss_____
      One of His Attorneys

Paul M. Weiss (ARDC No. 6217260)
William M. Sweetnam (ARDC No. 6226203)
George K. Lang (ARDC No. 6211537)
Eric C. Brunick (ARDC No. 06285825)
**FREED & WEISS LLC**
111 W. Washington Street, Suite 1331
Chicago, Illinois 60602
(312) 220-0000

Brian Barry
BriBarry1@yahoo.com
**LAW OFFICES OF BRIAN BARRY**
1801 Avenue of the Stars, Suite 307
Los Angeles, California 90067
(310) 491-7949

Avi Wagner
Avi@TheWagnerFirm.com
**THE WAGNER FIRM**
1801 Avenue of the Stars, Suite 307
Los Angeles, California 90067
(310) 491-7949

*Counsel for Plaintiff Mark Moynihan and Proposed Indirect Purchaser Class*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, affirms that on June 6, 2008 he electronically filed a copy of the attached pleding with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the individuals listed below:

Stewart M. Weltman
**Weltman Law Firm**
77 West Wacker Drive
4800
Chicago, IL 60601

*Attorney for the Plaintiff*

Nicholas J. Siciliano
Timothy Bunker Hardwicke
**Latham & Watkins LLP**
233 South Wacker Drive
5800 Sears Tower
Chicago, IL 60606

Sanya Sarich
**Crowell & Moring**
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

Abby F. Rudzin
**O'Melveny & Myers**
Times Square Tower
7 Times Square
New York, NY 10036

Patrick M. Collins
**Perkins Coie LLP**
131 South Dearborn
Suite 1700
Chicago, IL 60603

Stephen David Libowsky
**Howrey Simon Arnold & White, LLP**
321 North Clark Street
Suite 3400
Chicago, IL 60610

Amy P Purcell
**Foley & Lardner**
321 North Clark Street
Suite 2800
Chicago, IL 60610

Brendan J. Healey
**Mandell Menkes LLC**
333 West Wacker Drive
Suite 300
Chicago, IL 60606

Martin J. Dubowsky
**Martin J. Dubowsky, Ltd.**
53 West Jackson Boulevard
Suite 840
Chicago, Il 60604

Attorneys for Defendants