UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Lovett Auto & Tractor Parts, Inc., et al.
                         Plaintiff,

v.                                                        Case No.: 1:08−cv−02046
                                                          Honorable Robert W. Gettleman

Champion Laboratories, Inc., et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 3, 2008:

      MINUTE entry before the Honorable Robert W. Gettleman: Motion to reassign case [40] is granted. Motion for extension of time to file response as to complaint[1][46]. Motion to stay [50] is withdrawn. Motion hearing held on 6/3/2008 regarding motion for extension of time [46], motion to stay, [50], motion to reassign case[40]. Status hearing set for 8/12/2008 at 9:30 a.m. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.