# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number:   08 CV 2046

LOVETT AUTO & TRACTOR PARTS, INC.,
on behalf of itself and all others
similarly situated,

      Plaintiff,

CHAMPION LABORATORIES, INC.;
PUROLATOR FILTERS N.A. L.L.C.;
HONEYWELL INTERNATIONAL INC.;
WIX FILTRATION CORP, LLC;
CUMMINS FILTRATION, INC.; THE
DONALDSON COMPANY; BALDWIN
FILTERS, INC.; BOSCH U.S.A.; MANN +
HUMMEL U.S.A., INC.; and
ARVINMERITOR, INC.,

      Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, CUMMINS FILTRATION, INC.

| NAME: |
|---|
| Julie Johnston-Ahlen |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/Julie Johnston-Ahlen |
| FIRM |
| Novack and Macey LLP |
| STREET ADDRESS |
| 100 North Riverside Plaza |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6277736 | (312) 419-6900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ✓   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ✓ | |

| | |
|---|---|
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐　　NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐　NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐ | |