IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LOVETT AUTO & TRACTOR PARTS, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION CORP, LLC; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; and ARVINMERITOR, INC.,<br><br>Defendants. | Case No. 08 CV 2046<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Keys |

### DEFENDANT CUMMINS FILTRATION, INC.'S DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL OF PROCEDURE 7.1 AND NORTHERN DISTRICT OF ILLINOIS LOCAL RULE 3.2

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, Defendant Cummins Filtration, Inc. ("CF") hereby states that: CF is a privately held corporation whose parent company is Cummins, Inc., which is a publicly held corporation that owns 10% or more of CF's stock.

Pursuant to Rule 3.2 of the Local Rules of the Northern District of Illinois and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, Defendants hereby state that: CF is an "affiliate" of Cummins, Inc., and has no other "affiliates."

CUMMINS FILTRATION, INC.


By: ___/s  Julie Johnston-Ahlen___
       One of Its Attorneys

Monte J. Mann
Julie Johnston-Ahlen
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, Illinois 60606
(312) 419-6900
Doc. #222485

## CERTIFICATE OF SERVICE

Julie Johnston-Ahlen, an attorney, hereby certifies that Defendant Cummins Filtration, Inc.'s Disclosures Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2 were electronically served on June 9, 2008 to:

Stewart M. Weltman
WELTMAN LAW FIRM
77 W. Wacker Drive, Suite 4800
Chicago, IL 60601
*Email: sweltman@weltmanlawfirm.com*

Amy P. Purcell
FOLEY & LARDNER
321 North Clark Street
Suite 2800
Chicago, IL 60610
*Email: apurcell@foley.com*

Nicholas J. Siciliano
LATHAM & WATKINS LLP
233 South Wacker Drive
5800 Sears Tower
Chicago, IL 60606
*Email: nicholas.siciliano@lw.com*

Timothy Bunker Hardwicke
LATHAM & WATKINS LLP
233 South Wacker Drive
5800 Sears Tower
Chicago, IL 60606
*Email: timothy.hardwicke@lw.com*

Sanya Sarich
CROWELL & MORING
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
*Email: ssarich@crowell.com*

Brendan J. Healey
MANDELL MENKES LLC
333 West Wacker Drive
Suite 300
Chicago, IL 60606
*Email: bhealey@mandellmenkes.com*

Abby F. Rudzin
O'MELVENY & MYERS
Times Square Tower
7 Times Square
New York, NY 10036
*Email: arudzin@omm.com*

Martin J Dubowsky
MARTIN J. DUBOWSKY, LTD.
53 West Jackson Boulevard
Suite 840
Chicago, Il 60604
*Email: mjd@martin.com*

Patrick M. Collins
PERKINS COIE LLP
131 South Dearborn
Suite 1700
Chicago, IL 60603
*Email: pcollins@perkinscoie.com*

Stephen David Libowsky
HOWREY SIMON ARNOLD & WHITE, LLP
321 North Clark Street
Suite 3400
Chicago, IL 60610
*Email: libowskys@howrey.com*

CUMMINS FILTRATION, INC.

By: __/s Julie Johnston-Ahlen__
   One of Its Attorneys