IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOVETT AUTO & TRACTOR PARTS, INC., on behalf of itself and all others similarly situated,  )<br>)<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>CHAMPION LABORATORIES, INC.;  )<br>PUROLATOR FILTERS N.A. L.L.C.;  )<br>HONEYWELL INTERNATIONAL INC.; WIX  )<br>FILTRATION CORP., L.L.C.; CUMMINS  )<br>FILTRATION, INC.; THE DONALDSON  )<br>COMPANY; BALDWIN FILTERS INC.; BOSCH )<br>U.S.A.; MANN + HUMMEL U.S.A., INC.; and  )<br>ARVINMERITOR, INC.,  )<br>)<br>Defendants.  ) | No. 08 C 2046<br><br>Judge Robert W. Gettleman |

## ORDER

As represented in open court on June 3, 2008, the parties have entered into a "Stipulation and Proposed Consent Order for Extension of Time for Defendants to Respond to Complaint." Based upon that stipulation, the time for defendants to answer, move, or otherwise respond to the complaint shall be extended as stipulated, unless the court orders otherwise, until the earliest of the following dates:

(1) the response date; or

(2) thirty days after plaintiff provides written notice to defendants that plaintiff does not intend to file a consolidated complaint, provided, however, that in the event that any undersigned defendant should answer, agree or be ordered to answer, move or otherwise respond to the complaint in an filters case prior to the response

date, then that defendant shall respond to the complaint in the plaintiff's action by that earlier date.

**ENTER:**     **June 4, 2008**

                                             _____
                                             Robert W. Gettleman
                                             United States District Judge