UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOVETT AUTO & TRACTOR PARTS, INC., </br></br>  Plaintiff, </br></br> vs. </br></br> CHAMPION LABORATORIES, INC., *et al.*, </br></br> Defendants | Case No. 08-CV-2046 </br></br> Judge Robert W. Gettleman </br> Magistrate Judge Arlander Keys |

**DEFENDANT DONALDSON COMPANY, INC.'S DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND
<u>NORTHERN DISTRICT OF ILLINOIS LOCAL RULE 3.2</u>**

Pursuant to its obligations under Federal Rule of Civil Procedure 7.1, defendant Donaldson Company, Inc. states that it has no parent company and that no publicly held corporation owns 10% or more of Donaldson Company, Inc. common stock.

Pursuant to its obligations under Local Rule 3.2, Defendant Donaldson Company, Inc. represents that Columbia Wanger Asset Management, L.P. and Fidelity Management Trust Company, in its capacity as trustee for Donaldson Company, Inc.'s employee retirement savings plan, each own in excess of 5% of Donaldson Company, Inc. common stock.

Respectfully submitted,

DONALDSON COMPANY, INC.

By: /s/ Amy P. Purcell
One of Its Attorneys

FOLEY & LARDNER LLP
321 North Clark Street
Suite 2800
Chicago IL 60610-4764
(312) 832-5114
(312) 832-4700 (fax)

CHIC_3087620.1

## CERTIFICATE OF SERVICE

    I, Amy P. Purcell, an attorney, hereby certify that on June 16, 2008, a copy of the above **Defendant Donaldson Company, Inc.'s Disclosures Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2** were electronically served to the following:

**Stewart M. Weltman**
Weltman Law Firm
77 West Wacker Drive 4800
Chicago, IL 60601
(312) 606-8755
*Email: sweltman@weltmanlawfirm.com*

**Nicholas J. Siciliano**
Latham & Watkins LLP (IL)
233 South Wacker Drive
5800 Sears Tower
Chicago, IL 60606
(312) 777-7021
*Email: nicholas.siciliano@lw.com*

**Timothy B. Hardwicke**
**David S. Foster**
Latham & Watkins LLP (IL)
233 South Wacker Drive
5800 Sears Tower
Chicago, IL 60606
*Email*: *timothy.hardwick@lw.com*
*david.foster@lw.com*

**Sanya Sarich**
Crowell & Moring
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 624-2500
*Email: ssarich@crowell.com*

**Brendan J. Healey**
Mandell Menkes LLC
333 West Wacker Drive
Suite 300
Chicago, IL 60606
(312) 251-1000
*Email: bhealey@mandellmenkes.com*

**Abby F. Rudzin**
O'Melveny & Myers
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000
*Email: arudzin@omm.com*

**Patrick M. Collins**
Perkins Coie LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603
(312) 324-8558
*Email: pcollins@perkinscoie.com*

**Stephen David Libowsky**
Howrey Simon Arnold & White, LLP
321 North Clark Street
Suite 3400
Chicago, IL 60610
(312) 595-1239
*Email: libowskys@howrey.com*

CHIC_3087620.1

| | |
|---|---|
| **Monte Loren Mann** | **Martin J. Dubowsky** |
| **Julie Ann Johnston-Ahlen** | Martin J. Dubowsky, Ltd. |
| Novack and Macey, LLP | 2235 North Orchard |
| 100 North Riverside Plaza | Chicago, IL 60614 |
| Suite 1500 | (773) 975-9000 |
| Chicago, IL 60606 | *Email: mjd@martdu.com* |
| (312) 419-6900 | |
| *Email: mmann@novackandmacey.com* | |
| *Email: jjohnston-ahlen@novackandmacey.com* | |

                                                            By:/s/ Amy P. Purcell

CHIC_3087620.1