## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2046 | **DATE** | 8/27/2008 |
| **CASE TITLE** | Lovett Auto & Tractor Parts, Inc.　vs　Champion Laboratories, Inc. | | |

**DOCKET ENTRY TEXT:**

Motion [70] of Stephen Morrissey for leave to appear pro hac vice is granted.
Motion [71] of Marc Seltzer for leave to appear pro hac vice is granted.
Motion [72] of Stuart McCluer for leave to appear pro hac vice is granted.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|