IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOVETT AUTO & TRACTOR PARTS, INC., on behalf of itself and all others similarly situated, </br></br>  Plaintiff, </br></br> v. </br></br> CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; CUMMINS FILTRATION, INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; and ARVINMERITOR, INC., </br></br>  Defendants. | No. 08 CV 2046 </br></br> Judge Gettleman </br></br> Magistrate Judge Keys |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant Mann + Hummel USA, Inc. hereby gives notice that Brendan J. Healey of Mandell Menkes LLC is withdrawing from this case and will be replaced by Steven L. Baron of Mandell Menkes LLC.

Respectfully submitted,

/s/ Steven L. Baron
Steven L. Baron (ARDC No. 6200868)
Mandell Menkes LLC
333 West Wacker Drive, Ste. 300
Chicago, IL  60606
Tel: (312) 251-1000

Alan Kanzer
Alston & Bird LLP
90 Park Ave.
New York, New York  10016
Tel: (212) 210-9480
*Counsel for Defendant Mann + Hummel USA, Inc.*

Dated:  September 3, 2008

## CERTIFICATE OF SERVICE

      This is to certify that I have this date served a true and correct copy of the foregoing *Notice of Substitution of Counsel* on:

Stewart M. Weltman
Weltman Law Firm
77 West Wacker Drive, Suite 4800
Chicago, Illinois 60601
Attorney for Plaintiff Lovett Auto & Tractor Parts, Inc.
Via ECF

Vineet Bhatia
Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
Attorney for Plaintiff Lovett Auto & Tractor Parts, Inc.
Via First Class mail, postage prepaid and properly addressed and placed in the mail chute at 333 West Wacker Drive, Chicago, Illinois 60606

Paul M. Weiss
Eric C. Brunick
George K. Lang
Freed & Weiss LLC
111 W. Washington Street, Ste. 1331
Chicago, Illinois 60602
Attorneys for Plaintiff Mark Moynahan
Via ECF

Sanya Sarich
Crowell & Moring
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Attorney for Purolator Filters N.A., L.L.C. & Bosch U.S.A.
Via ECF

Nicholas J. Siciliano
Timothy Bunker Harwicke
David S. Foster
Latham & Watkins LLP
233 South Wacker Drive
5800 Sears Tower
Chicago, Illinois 60606
Attorneys for Defendant Champion Laboratories, Inc.
Via ECF

Abby F. Rudzin
O'Melveny & Myers
Times Square Tower
7 Times Square
New York, New York 10036
Attorney for Honeywell International Inc.
Via ECF

Patrick M. Collins
Todd M. Church
Perkins Coie LLP
131 South Dearborn, Suite 1700
Chicago, Illinois 60603
Attorney for Honeywell International Inc.
Via ECF

Stephen David Libowsky
Howrey LLP
321 North Clark Street, Suite 3400
Chicago, Illinois 60654
Attorney for Wix Filtration Corp., LLC
Via ECF

| | |
|---|---|
| Julie Ann Johnston-Ahlen<br>Monte Loren Mann<br>Novack & Macey, LLP<br>100 North Riverside Plaza, Suite 1500<br>Chicago, Illinois 60606<br>Attorneys for Cummins Filtration, Inc.<br>Via ECF | Amy P. Purcell<br>Foley & Lardner<br>321 North Clark Street, Suite 2800<br>Chicago, Illinois 60610<br>Attorney for The Donaldson Company<br>Via ECF |
| James A. Morsch<br>Andrew David Shapiro<br>Butler Rubin Saltarelli & Boyd LLP<br>Three First National Plaza<br>70 West Madison, Suite 1800<br>Chicago, Illinois 60602<br>Attorneys for Arvinmeritor, Inc.<br>Via ECF | Martin J. Dubowski<br>Martin J. Dubowski, Ltd.<br>2235 North Orchard<br>Chicago, Illinois 60614<br>Attorney for Arvinmeritor, Inc.<br>Via ECF |

as set forth above this 3rd day of September, 2008.

            /s/ Steven L. Baron
            Steven L. Baron

152326