A CERTIFIED TRUE COPY
ATTEST

By April Layne on Aug 18, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 18, 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

08 C 2046

IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION

MDL No. 1957

FILED: AUGUST 18, 2008
08CV4883
JUDGE GETTLEMAN
MAGISTRATE JUDGE BROWN

**TRANSFER ORDER**

**Before the entire Panel**[*]: Now before the Panel are three motions brought, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of some or all of the actions listed on Schedule A. In total, the motions encompass 25 actions, twelve actions in the District of Connecticut, four actions each in the Northern and Southern Districts of Illinois, three actions in the District of New Jersey and one action each in the Eastern and Middle Districts of Tennessee.[1]

Plaintiffs in eight actions filed the three motions seeking centralization in the District of Connecticut, the Northern District of Illinois, or the Southern District of Illinois.[2] All responding plaintiffs support centralization in one of these districts or the Northern District of California.[3] All defendants[4] support centralization in the District of Connecticut.

On the basis of the papers filed and hearing session held, we find that these 25 actions involve common questions of fact, and that centralization under Section 1407 in the Northern District of Illinois will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions share allegations that the defendants conspired to fix, raise, maintain or

---

[*] Judge Heyburn took no part in the decision of this matter.

[1] The parties have notified the Panel of 21 related actions pending in multiple federal districts. These actions and any other related actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

[2] Plaintiffs in two other actions moved for Section 1407 transfer to the District of New Jersey, but subsequently withdrew their motion.

[3] In his response, plaintiff in one District of Connecticut action also suggested the Eastern District of New York as an alternative choice for transferee district.

[4] ArvinMeritor, Inc.; Baldwin Filters, Inc.; Robert Bosch LLC; Champion Laboratories, Inc.; Cummins Filtration Inc.; Donaldson Co., Inc.; Honeywell International Inc.; Wix Filtration Corp. LLC; Mann + Hummel U.S.A., Inc.; Purolator Filters N.A., LLC; and United Components, Inc.

- 2 -

stabilize prices, rig bids and allocate customers of aftermarket automotive filters in the United States, in violation of federal and/or state antitrust law. Centralization under Section 1407 will eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

Any of the districts suggested by the parties would be an appropriate transferee forum; however, on balance, we are persuaded that the Northern District of Illinois is a preferable transferee forum for this litigation. Several actions are already pending in this district before one judge, and plaintiffs in numerous actions pending in this district and elsewhere support the Northern District of Illinois as their first or second choice for transferee district. Considerations of convenience and accessibility also favor the Northern District of Illinois.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Northern District of Illinois are transferred to the Northern District of Illinois and, with the consent of that court, assigned to the Honorable Robert W. Gettleman for coordinated or consolidated pretrial proceedings with the actions listed on Schedule A and pending in that district.

PANEL ON MULTIDISTRICT LITIGATION

_____
J. Frederick Motz
Acting Chairman

John G. Heyburn II, Chairman[*]         Robert L. Miller, Jr.
Kathryn H. Vratil                       David R. Hansen

IN RE: AFTERMARKET FILTERS
ANTITRUST LITIGATION                                              MDL No. 1957

SCHEDULE A

### District of Connecticut

S&E Quick Lube Distributors, Inc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-475
Flash Sales, Inc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-512
William C. Bruene, etc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-522
T.D.S. Co., Inc., etc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-528
Barjan, LLC v. Champion Laboratories, Inc., et al., C.A. No. 3:08-534
Packard Automotive, Inc. v. Honeywell International, Inc., et al., C.A. No. 3:08-600
Parts Plus Group, Inc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-637
Ward's Auto Painting & Body Works, Inc. v. Champion Laboratories, Inc., et al.,
    C.A. No. 3:08-660
Justus Austin, III v. Honeywell International, Inc., et al., C.A. No. 3:08-711
Francis Doll, III, et al. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-718
Gemini of Westmont, Inc., etc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-722
Gasoline & Automotive Service Dealers of America, Inc. v. Champion Laboratories, Inc.,
    et al., C.A. No. 3:08-729

### Northern District of Illinois

Lovett Auto & Tractor Parts, Inc. v. Champion Laboratories, Inc., et al., C.A. No. 1:08-2046
Neptune Warehouse Distributors, Inc. v. Champion Laboratories, Inc., et al.,
    C.A. No. 1:08-2317
S.A.E. Warehouse, Inc. v. Champion Laboratories, Inc., et al., C.A. No. 1:08-2804
Pawnee/S.A.E. Warehouse, Inc. v. Champion Laboratories, Inc., et al., C.A. No. 1:08-2806

### Southern District of Illinois

Manasek Auto Parts, Inc., etc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-305
Big T, Inc., etc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-331
Cal's Auto Service, Inc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-351
WWD Parts, Inc., etc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-353

### District of New Jersey

Central Warehouse Sales Corp. v. Champion Laboratories, Inc., et al.,
    C.A. No. 2:08-2123
All American Plazas of New Jersey, Inc. v. Honeywell International Inc., et al.,
    C.A. No. 2:08-2302
Worldwide Equipment, Inc. v. Honeywell International, Inc., et al., C.A. No. 2:08-2303

- A2 -

Eastern District of Tennessee

Randall Bethea, et al. v. Champion Laboratories, Inc., et al., C.A. No. 2:08-126

Middle District of Tennessee

Werner Aero Services v. Champion Laboratories, Inc., et al., C.A. No. 3:08-474

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**  Page 1

Docket: 1957 - IN RE: Aftermarket Filters Antitrust Litigation
Status: Transferred on 08/18/2008
Transferee District: ILN   Judge: Gettleman, Robert W.   Printed on 08/18/2008

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
| --- | --- |
| Ademi, Guri<br>ADEMI & O'REILLY LLP<br>3620 East Layton Avenue<br>Cudahy, WI 53110 | ⇒ Phone: (414) 482-8005  Email: gademi@ademilaw.com<br>Packard Automotive, Inc. |
| Aranoff, Ronald J.<br>BERNSTEIN LIEBHARD & LIFSHITZ LLP<br>10 East 40th Street<br>22nd Floor<br>New York, NY 10016 | ⇒ Phone: (212) 779-1414  Fax: (212) 779-3218  Email: aranoff@bernlieb.com<br>Werner Aero Services* |
| Asher, Steven A.<br>WEINSTEIN KITCHENOFF & ASHER LLC<br>1845 Walnut Street<br>Suite 1100<br>Philadelphia, PA 19103 | ⇒ Phone: (215) 545-7200  Fax: (215) 545-6535  Email: asher@wka-law.com<br>Worldwide Equipment, Inc.* |
| Briggs, John DeQ.<br>HOWREY LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | ⇒ Phone: (202) 783-0800  Fax: (202) 318-8594  Email: briggsj@howrey.com<br>Wix Filtration Corp., LLC* |
| Bruckner, W. Joseph<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2179 | ⇒ Phone: (612) 339-6900  Fax: (612) 339-0981  Email: wjbruckner@locklaw.com<br>Pawnee/S.A.E. Warehouse, Inc.*; S.A.E. Warehouse, Inc.* |
| Cadenhead, Chris<br>CADENHEAD LAW FIRM<br>Pier 98 Centre<br>534 Harbor Boulevard<br>Suite 501<br>Destin, FL 32541 | ⇒ Phone: (850) 837-5509  Fax: (850) 682-8343  Email: chris@cadenheadlawfirm.com<br>Bethea, Randall; Padgett, James |
| Dubitsky, Doug<br>UPDIKE KELLY & SPELLACY PC<br>One State Street<br>Suite 2400<br>P.O. Box 231277<br>Hartford, CT 06103 | ⇒ Phone: (860) 548-2643  Fax: (860) 548-6043  Email: ddubitsky@uks.com<br>Parts Plus Group, Inc.; Ward's Auto Painting & Body Works, Inc. |
| Esades, Vincent J.<br>HEINS MILLS & OLSON PLC<br>310 Clifton Avenue<br>Minneapolis, MN 55403 | ⇒ Phone: (612) 338-4605  Fax: (612) 338-4692  Email: vesades@heinsmills.com<br>Bentley, Dale*; Doll, III, Francis*; Foster, John*; Frame, Wesley*; Gordon, Dan*; Gorton, Karen*; Gregory, Charles*; Hammer, Ben*; Matthys, Jason*; Perry, Piper* |
| Freed, Michael J.<br>FREED KANNER LONDON & MILLEN LLC<br>2201 Waukegan Road | ⇒ Phone: (224) 632-4500  Fax: (224) 632-4519  Email: mfreed@fklmlaw.com<br>Neptune Warehouse Distributors, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Suite 130<br>Bannockburn, IL 60015 | |
| Gordon, Ruthanne<br>BERGER & MONTAGUE PC<br>1622 Locust Street<br>Philadelphia, PA 19103-6365 | =>Phone: (215) 875-3000  Fax: (215) 875-4604  Email: rgordon@bm.net<br>WWD Parts, Inc. dba Parts for Imports* |
| Grabar, Joshua H.<br>BOLOGNESE & ASSOCIATES LLC<br>Two Penn Center Plaza<br>1500 JFK Boulevard<br>Suite 320<br>Philadelphia, PA 19102 | =>Phone: (215) 814-6750  Fax: (215) 814-6764  Email: jgrabar@bolognese-law.com<br>Gemini of Westmont, Inc. dba Son's Auto Supply* |
| Hansel, Gregory P.<br>PRETI FLAHERTY BELIVEAU & PACHIOS LLP<br>One City Center<br>P.O. Box 9546<br>Portland, ME 04112-9546 | =>Phone: (207) 791-3000  Fax: (207) 791-3111  Email: ghansel@preti.com<br>T.D.S. Co., Inc. dba TWI Auto Parts & Supplies* |
| Hassi, Edward<br>O'MELVENY & MYERS LLP<br>Time Square Tower<br>7 Times Square<br>New York, NY 10036 | =>Phone: (212) 326-4318  Fax: (212) 326-2061  Email: ehassi@omm.com<br>Honeywell International, Inc.* |
| Hoese, William E.<br>KOHN SWIFT & GRAF PC<br>One South Broad Street<br>Suite 2100<br>Philadelphia, PA 19107 | =>Phone: (215) 238-1700  Fax: (215) 238-1968  Email: whoese@kohnswift.com<br>Barjan, LLC* |
| Kadzik, Peter J.<br>DICKSTEIN SHAPIRO LLP<br>1825 Eye Street, N.W.<br>Washington, DC 20006-5403 | =>Phone: (202) 420-2200  Fax: (202) 420-2201  Email: kadzikp@dicksteinshapiro.com<br>ArvinMeritor, Inc.* |
| Kanzer, Alan<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY 10016 | =>Phone: (212) 210-9480  Fax: (212) 210-9444  Email: akanzer@alston.com<br>Mann + Hummel U.S.A., Inc.* |
| Liebenberg, Roberta D.<br>FINE KAPLAN & BLACK RPC<br>1835 Market Street<br>28th Floor<br>Philadelphia, PA 19103 | =>Phone: (215) 567-6565  Fax: (215) 568-5872  Email: rliebenberg@finekaplan.com<br>Big T, Inc. dba A to Z Auto Parts* |
| Lite, Allyn Z.<br>LITE DEPALMA GREENBERG & RIVAS LLC<br>Two Gateway Center<br>12th Floor | =>Phone: (973) 623-3000  Fax: (973) 623-0858  Email: alite@ldgrlaw.com<br>All American Plazas of New Jersey, Inc. |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,957 Continued)*                                                                                    Page 3

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Newark, NJ 07102-5003 | |
| Lovell, Christopher<br>LOVELL STEWART HALEBIAN LLP<br>500 Fifth Avenue<br>Floor 58<br>New York, NY 10110 | => Phone: (212) 608-1900  Fax: (212) 719-4677  Email: clovell@lshllp.com<br>Austin, III, Justus* |
| McCluer, Stuart H.<br>MCCULLEY MCCLUER PLLC<br>1109 Van Buren Avenue<br>Oxford, MS 38655 | => Phone: (662) 236-1401  Fax: (662) 236-1974  Email: smccluer@mcculleymccluer.com<br>Lovett Auto & Tractor Parts, Inc.* |
| McKeown, James T.<br>FOLEY & LARDNER LLP<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202-5306 | => Phone: (414) 297-5530  Fax: (414) 297-4900  Email: jmckeown@foley.com<br>Donaldson Co. (The)* |
| Murphy, Jerome A.<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004 | => Phone: (202) 624-2500  Fax: (202) 628-5116  Email: jmurphy@crowell.com<br>Bosch U.S.A.*; Purolator Filters N.A., LLC* |
| Nussbaum, Linda P.<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue<br>14th Floor<br>New York, NY 10022 | => Phone: (212) 687-1980  Fax: (212) 687-7714  Email: lnussbaum@kaplanfox.com<br>Bruene (dba Lone Star Lube), William C.* |
| Paris, Simon B.<br>SALTZ MONGELUZZI BARRETT & BENDESKY PC<br>One Liberty Place<br>1650 Market Street<br>52 Floor<br>Philadelphia, PA 19103 | => Phone: (215) 496-8282  Fax: (215) 496-0999  Email: sparis@smbb.com<br>Manasek Auto Parts, Inc. dba Undercar Warehouse* |
| Paskin, Michael A.<br>CRAVATH SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 8th Avenue<br>New York, NY 10019 | => Phone: (212) 474-1760  Fax: (212) 474-3700  Email: mpaskin@cravath.com<br>Cummins Filtration, Inc.* |
| Persky, Bernard<br>LABATON SUCHAROW LLP<br>140 Broadway<br>33rd Floor<br>New York, NY 10005 | => Phone: (212) 907-0700  Fax: (212) 818-0477  Email: bpersky@labaton.com<br>Flash Sales, Inc.*; Gasoline & Automotive Service Dealers of America, Inc.; S&E Quick Lube Distributors, Inc.* |
| Prescott, Darrell<br>BAKER & MCKENZIE LLP<br>1114 Avenue of the Americas<br>New York, NY 10036 | => Phone: (212) 626-4476  Fax: (212) 310-1600  Email: darrell.prescott@bakernet.com<br>Baldwin Filters, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,957 Continued)* Page 4

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Rosemergy, James J.<br>CAREY & DANIS LLC<br>8235 Forsyth Boulevard<br>Suite 1100<br>St. Louis, MO 63105-3786 | =>Phone: (314) 725-7700  Fax: (314) 721-0905  Email: jrosemergy@careydanis.com<br>Cal's Auto Service, Inc. |
| Spector, Eugene A.<br>SPECTOR ROSEMAN & KODROFF PC<br>1818 Market Street<br>Suite 2500<br>Philadelphia, PA 19103 | =>Phone: (215) 496-0300  Fax: (215) 496-6611  Email: espector@srk-law.com<br>Central Warehouse Sales Corp.* |
| Wix Filtration Corp., LLC,<br>c/o CT Corporation System<br>225 Hillsborough Street<br>Raleigh, NC 27603 | =><br>Wix Filtration Products |
| Zwisler, Margaret M.<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, N.W.<br>Suite 1000<br>Washington, DC 20004-1304 | =>Phone: (202) 637-2200  Fax: (202) 637-2201  Email: margaret.zwisler@lw.com<br>Champion Laboratories, Inc.*; United Components, Inc.* |

Note: Please refer to the report title page for complete report scope and key.